**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Anthony D. Izzi
Plaintiff(s)

v.

United Parcel Service, Inc.
Defendant(s)

FILED AUG 02 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

C.A. No. 2004-321-T

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

~~Plaintiff~~/defendant United Parcel Service, Inc. hereby moves that Hugh F. Murray, III be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: __________.
- Pro hac vice counsel's long-standing representation of the client: Murtha Cullina, Mr. Murray's firm, has represented UPS since 1984 and has served as "core counsel" for UPS since July, 1999.
- The local trial bar lacks experience in the field of: __________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: __________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: __________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: __________.

[~~Plaintiff~~/Defendant]
By: [signature]
Attorney for United Parcel Service, Inc.

DATED: 8/2/04

6

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of Connecticut, Massachusetts, Rhode Island and Maine and the following federal district court bar(s) Connecticut and Massachusetts, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: Jorge Fortes v. United Parcel Service, Inc., C.A. No. 03-248-T.
Otis McBride v. United Parcel Service, Inc., C.A. No. 04-261-T

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Hugh F. Murray, III<br>Name | Steven M. Richard<br>Local Associate Counsel |
| | 4403<br>R.I. Bar ID # |
| Murtha Cullina LLP<br>Firm Name | Tillinghast Licht Perkins Smith & Cohen, LLP<br>Firm Name |
| City Place I<br>Business Address<br>185 Asylum Street<br>Hartford, CT 06102 | 10 Weybosset Street<br>Business Address<br>Providence, RI 02903 |
| (860) 240-6000 Tel. #   (860) 240-6150 Fax # | (401) 456-1200 Tel. #   (401) 456-1210 Fax # |

---

**ORDER:** This motion is hereby Granted

Ernest C. Torres /TD
U.S. District Judge

Date: 8/17/04

CERTIFICATE OF SERVICE

I certify that on this 2nd day of August, 2004, I mailed a copy of this pro hac vice motion to plaintiff's counsel:

Gerard P. Cobleigh, Esq.
70 Jefferson Boulevard
Warwick, RI 02888

Carly Beauvais Iafrate, Esq.
170 Westminster Street, Suite 601
Providence, RI 02903