UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY D. IZZI, Plaintiff, | : | |
| v. | : | C.A. No. ~~04-3568~~ 2004-321-T |
| UNITED PARCEL SERVICE, INC., Defendant. | : | |

RECEIVED SEP 13 2004 DISTRICT COURT DISTRICT OF RHODE ISLAND

**STIPULATION**

By agreement of the parties, Plaintiff, Anthony D. Izzi, shall have one additional week, or up until Monday, September 20, 2004, to respond to the First Set of Interrogatories, First Request for Production of Documents, and First Request for Admissions issued by Defendant, UPS, in the above-referenced matter.

Plaintiff, Anthony D. Izzi,
By her Attorney,

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

Defendant, UPS
By its Attorney,

Steven M. Richard, #4403
Tillinghast, Licht, Perkins,
Smith & Cohen, LLP
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)



7