UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
NOV 09 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTHONY IZZI :
:
v. : C.A. No. 2004-321-T
:
UNITED PARCEL SERVICE, INC. :

**STIPULATION EXTENDING TIME**

The parties, acting by their undersigned counsel, stipulate that defendant shall up to and including November 29, 2004 to respond to plaintiff's first set of interrogatories and first request for production of documents.

ANTHONY IZZI

By His Attorneys,

Gerard P. Cobleigh, Esq. (0232)
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4607 (Fax)

Carly Beauvais Iafrate, Esq. (6343)
170 Westminster Street, Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (Fax)

UNITED PARCEL SERVICE, INC.

By Its Attorneys,

Steven M. Richard (4403)
Tillinghast Licht Perkins Smith & Cohen
10 Weybosset Street
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (Fax)

Hugh F. Murray, III
Murtha Cullina LLP
City Place I
185 Asylum Street, 29th Floor
Hartford, CT 06103-3469
(860) 240-6000
(860) 240-6159 (Fax)



8