# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Anthony D. Izzi
Plaintiff(s)

v. C.A. No. 2004-321-T

United Parcel Service, Inc.
Defendant(s)

FILED
JAN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## MOTION FOR ENTRY OF APPEARANCE
## PRO HAC VICE

Plaintiff/defendant United Parcel Service, Inc. hereby moves that Laurie Alexander-Krom be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: ______________________.
- Pro hac vice counsel's long-standing representation of the client: Murtha Cullina, Laurie Alexander-Krom's firm has represented United Parcel Service, Inc. since 1984, and has served as "core counsel" for United Parcel Service, Inc. since July, 1999.
- The local trial bar lacks experience in the field of: ______________________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______________________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: ______________________.

[Plaintiff/Defendant]
By: Steven M. Richard
Attorney for
United Parcel Service, Inc.

DATED: 1/28/05

12

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of Massachusetts and the following federal district court bar(s) Massachusetts, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:

None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Laurie Alexander-Krom
Name

Murtha Cullina
Firm Name

99 High Street
Business Address
Boston, MA 02110

617-457-4000
Tel. #

617-482-3868
Fax #

Steven Richard
Local Associate Counsel

4403
R.I. Bar ID #

Tillinghast Licht Perkins Smith & Cohen, LLP
Firm Name

10 Weybosset Street
Business Address
Providence, RI 02903

401-456-1200
Tel. #

401-452-1210
Fax #

**ORDER:**

This motion is hereby Granted

Ernest C Torres / D
U.S. District Judge

Date: 2/11/05

CERTIFICATE OF SERVICE

I certify that I mailed a copy of this pro hac vice motion on January 26, 2005 to the following counsel of record:

Carly Beauvais Iafrate, Esq.
170 Westminster Street
Suite 601
Providence, RI 02903

Gerard P. Cobleigh, Esq.
70 Jefferson Boulevard
Warwick, RI 02888

[signature]

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;405301;1