UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY IZZI | : | |
| Plaintiff | : | |
| v. | : | C.A. No. 2004-321-T |
| UNITED PARCEL SERVICE, INC. | : | |
| Defendant | : | |

**DEFENDANT'S REQUEST FOR SUMMARY JUDGMENT CONFERENCE**

Pursuant to ¶ 8 of this Court's Pre-Trial Order dated November 30, 2004, Defendant United Parcel Service, Inc. ("UPS") requests a Summary Judgment Conference to review its intention to file a dispositive motion under Rule 56 of the Federal Rules of Civil Procedure.

UPS certifies that it has had several discussions with plaintiff's counsel regarding the factual and legal issues raised by plaintiff's complaint and UPS's intention to file a motion for summary judgment. The parties most recently engaged in such discussions during a settlement conference with Magistrate Judge Almond held on February 10, 2005.

Discovery is scheduled to close on May 1, 2005.

14

Steven Richard

Hugh F. Murray (By SMR)

Steven M. Richard (4403)
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
Telephone: (401) 456-1200
Facsimile: (401) 456-1210
Email: srichard@tllaw.com

Hugh F. Murray
Murtha Cullina, LLP
City Place I
185 Asylum Street, 29th Floor
Hartford, CT 06103-3469
(860) 240-6600
(860) 240-6159 (FAX)
Email: hmurray@murthalaw.com

Laurie Alexander-Krom
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
(617) 457-4000
(860) 482-3868 (FAX)
Email: lalexander-krom@murthalaw.com

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
2/22/05

CERTIFICATE OF SERVICE

I hereby certify that a copy of this request for a summary judgment conference was mailed first-class, postage prepaid, on this 14th day of February 2005, to Gerard P. Cobleigh, Esq., 70 Jefferson Boulevard, Warwick, RI 02888 and Carly Beauvais Infrante, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903:

Steven Richard

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;406733;1