UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY D. IZZI<br>Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>Defendant | **CIVIL ACTION NO: 04-321T** |

**NOTICE OF DEPOSITION**

You are hereby notified that at 1:00 pm on March 11, 2005, or upon any other date as the deposition is scheduled, United Parcel Service Inc. ("UPS") will take the deposition of Anthony Izzi, of Rhode Island, upon oral examination before a Notary Public in and for the State of Rhode Island or before some other officer authorized by law to administer oaths at the offices of Tillinghast Licht, 10 Weybosset Street, Providence RI 02903. The oral examination will continue from day to day until complete. You are invited to attend and cross-examine.

15

United Parcel Service Inc.
By its attorneys,

Hugh Murray (By SMR)

Hugh F. Murray, III
Laurie Alexander-Krom
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-451-9300

Steven Richard

Steven M. Richard (4403)
Tillinghast Licht
10 Weybosset Street
Providence, RI 02903
Telephone: (401) 456-1200
Facsimile: (401) 456-1210
Email: srichard@tlslaw.com

Date: March 1, 2005

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice was faxed and mailed on March 1, 2005 to plaintiff's counsel.

Carly Beauvais Iafrate, Esq.
170 Westminster Street
Suite 601
Providence, RI 02903

Gerard P. Cobleigh, Esq.
70 Jefferson Boulevard
Warwick, RI 02888

Steven Richard