UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY IZZI | : | |
| | : | |
| v. | : | C.A. No. 2004-321-T |
| | : | |
| UNITED PARCEL SERVICE, INC. | : | |

**ENTRY OF APPEARANCE**

Now comes Lori Caron Silveira, Esquire, and hereby enters her appearance on behalf of Defendant, United Parcel Service, Inc.

Lori Caron Silveira (3002)
Tillinghast Licht LLP
Ten Weybosset Street
Providence, RI 02903
(401) 456-1200 - Tel.
(401) 456-1210 - Fax

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed first-class, postage prepaid, on this 22nd day of March, 2005, to Gerard P. Cobleigh,Esq., 70 Jefferson Boulevard, Warwick, RI 02888 and Carly Beauvais Iafrate, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903.



18