UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ANTHONY D. IZZI,**
**Plaintiff,**

v.

**UNITED PARCEL SERVICE, INC.,**
**Defendant.**

**C.A. No. 04-321T**

RECEIVED
MAR 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DISMISSAL STIPULATION**

***In the above-entitled case, it is agreed that the following entry be made:***

**Count X** (Intentional Infliction of Emotional Distress), of the Plaintiff's Complaint shall be dismissed.

Plaintiff, Anthony D. Izzi,
By his Attorneys,

Carly Beauvais Iafrate, #6343
170 Westminster St. Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

DATE: 3/21/05

Defendant, UPS,
By its Attorneys,

Hugh F. Murray, III
Murtha Cullina, LLP
City Place I
185 Asylum St., 29th Fl.
Hartford, CT 06103-3469
(860) 240-6000

Steven M. Richard, #4403
Tillinghast, Licht, Perkins,
Smith & Cohen
10 Weybosset St.
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

DATE: 3/15/05

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 3/24/05



19