UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY D. IZZI,<br>Plaintiff,<br>v.<br>UNITED PARCEL SERVICE, INC.,<br>Defendant. | C.A. No. 04-321T |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S PRODUCTION OF MORE RESPONSIVE DOCUMENTS**

Now comes Plaintiff, Anthony Izzi ("Plaintiff"), and pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby moves this Court to compel Defendant UPS, Inc. ("Defendant") to provide a further response to Plaintiff's Request No. 18, within twenty (20) days of the date of hearing on this Motion.

In support of this Motion, Plaintiff has submitted the attached memorandum. Plaintiff has complied with Rule 37 and has made an effort to resolve this dispute without Court intervention.

Plaintiff,
By his Attorneys,

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)



20

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax) Plaintiff,

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail to Lori Caron Silveira, Esq., Tillinghast, Licht, Perkins, Smith & Cohen, 10 Weybosset Street, Providence, RI 02903, Laurie Alexander-Krom, Esq., Murtha Cullina, LLP, 99 High Street, Boston, MA 02110 and Hugh F. Murray, III, Esq., Murtha Cullina LLP, City Place I, 185 Asylum St., 29th Floor, Hartford, CT 06103-3469 on the 11th day of May 2005.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ANTHONY D. IZZI,**<br>**Plaintiff,**<br>v.<br>**UNITED PARCEL SERVICE, INC.,**<br>**Defendant.** | **C.A. No. 04-321T** |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION TO COMPEL DEFENDANT'S PRODUCTION OF MORE RESPONSIVE DOCUMENTS

This is a disability-discrimination case filed by Plaintiff Anthony Izzi ("Plaintiff") against his current employer, Defendant UPS, Inc. ("Defendant"). Prior to October 2002, Plaintiff was a package car driver. He was taken off his route because he had diabetes which requires insulin for control. Federal law prohibits diabetics from driving trucks of certain weights. The central claim is that Defendant failed to accommodate Plaintiff's request to continue driving. He sought an accommodation to drive a package car that was not regulated by federal law (the DOT). Among other things, UPS has stated that it is not reasonable to allow Plaintiff to drive an non-DOT vehicle because: (1) there are not enough; (2) few are used; and (3) he does not have enough seniority to drive the ones that are used. Plaintiff served his First Request for Production of Documents upon Defendant on or about September 27, 2004. Defendant first responded on November 29, 2004, with objections and stating its intention to produce certain documents. A supplemental response, with documents, was received by Plaintiff on or about December 24, 2004.

Request number 18 called for documents which showed the number of vehicles assigned to UPS Warwick, the type of vehicle, the routes, and the name and seniority date of the driver assigned to each route.

Specifically, Request No. 18 provided:

"Any and all documents which reflect the number of vehicles (of any type) assigned to the UPS-Warwick location, the type of vehicle (including weight), the geographical route the vehicle is assigned to, the name of the driver assigned to, or performing the route, and the driver's date of seniority."

UPS responded with the following:

"UPS has produced documents responsive to Request No. 18. Please see UPS documents numbers 00069-00094."

Document No. 00069, gave the requested information for approximately eight (8) drivers and included percentage of time each type of vehicle was driven by each driver. This document made clear that UPS had the ability to provide a full response to No. 18 for all of its drivers. The importance of this document is paramount. It would resolve several issues in the case, such as the issue of what drivers are actually driving what vehicles, and how often. It would reveal the number of cover drivers who actually drive non-DOT vehicles (the position that Plaintiff is seeking). UPS agreed to provide this document in as early as March of this year. Most recently, counsel for UPS promised to provide the document in April. This has not been done. Discovery is scheduled to close in approximately seven (7) weeks.

Accordingly, Plaintiff respectfully requests that UPS be ordered to produce this document within twenty (20) days of the date of the hearing on this motion.

Plaintiff,
By his Attorneys,

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax) Plaintiff,

## CERTIFICATION

I hereby certify that a copy of the within document has been sent by first-class mail to Lori Caron Silveira, Esq., Tillinghast, Licht, Perkins, Smith & Cohen, 10 Weybosset Street, Providence, RI 02903, Laurie Alexander-Krom, Esq., Murtha Cullina, LLP, 99 High Street, Boston, MA, 02110 and Hugh F. Murray, III, Esq., Murtha Cullina LLP, City Place I, 185 Asylum St., 29th Floor, Hartford, CT 06103-3469 on the 11th day of May 2005.

**RI Bid Route Drivers Car Use**

| Last | Date of Employment | First | Type | Max Wgt | # Days | % of Days |
|---|---|---|---|---|---|---|
| BRIGIDA | 6/7/1976 | M | P50 | 9000 | 168 | 96% |
| BRIGIDA | | M | P50 | 11000 | 7 | 4% |
| | | | | | 175 | |
| | | | | | | |
| CHIN | 3/29/1978 | J | P50 | 9000 | 157 | 95% |
| CHIN | | J | P50 | 11000 | 8 | 5% |
| CHIN | | J | P70D | 16000 | 1 | 1% |
| | | | | | 166 | |
| | | | | | | |
| COOGAN | 5/26/1998 | G | P50 | 9000 | 34 | 18% |
| COOGAN | | G | P50 | 11000 | 1 | 1% |
| COOGAN | | G | P70D | 14000 | 98 | 51% |
| COOGAN | | G | P70D | 14500 | 4 | 2% |
| COOGAN | | G | P70D | 16000 | 53 | 28% |
| COOGAN | | G | P100D | 18000 | 1 | 1% |
| | | | | | 191 | |
| | | | | | | |
| GIBBONS | 4/13/1984 | T | P50 | 9000 | 63 | 65% |
| GIBBONS | | T | P50 | 11000 | 1 | 1% |
| GIBBONS | | T | P70D | 14000 | 1 | 1% |
| GIBBONS | | T | P100D | 18000 | 32 | 33% |
| | | | | | 97 | |
| | | | | | | |
| GYRA | 4/21/1986 | W | P32 | 8000 | 113 | 61% |
| GYRA | | W | P47D | 8550 | 8 | 4% |
| GYRA | | W | P70D | 14000 | 55 | 30% |
| GYRA | | W | P80 | 16000 | 9 | 5% |
| | | | | | 185 | |
| | | | | | | |
| HAND | 4/3/1978 | S | P32 | 8600 | 1 | 1% |
| HAND | | S | P50 | 9000 | 128 | 70% |
| HAND | | S | P70D | 16000 | 53 | 29% |
| | | | | | 182 | |
| | | | | | | |
| MEDEIROS | 6/22/1970 | F | P32 | 8000 | 166 | 91% |
| MEDEIROS | | F | P47D | 8550 | 15 | 8% |
| MEDEIROS | | F | P60 | 15000 | 1 | 1% |
| | | | | | 182 | |
| | | | | | | |
| TATE | 2/26/1980 | R | P47D | 8550 | 168 | 96% |
| TATE | | R | P50 | 9000 | 5 | 3% |
| TATE | | R | P50 | 11000 | 1 | 1% |
| TATE | | R | P80 | 16000 | 1 | 1% |
| | | | | | 175 | |

Izzi 9/5/1996