6/9/05: GRANTED ABSENT FILING OF A TIMELY OBJECTION BY DEFENDANT.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAY 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTHONY D. IZZI,
Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,
Defendant.

C.A. No. 04-321T

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S PRODUCTION OF MORE RESPONSIVE DOCUMENTS

Now comes Plaintiff, Anthony Izzi ("Plaintiff"), and pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby moves this Court to compel Defendant UPS, Inc. ("Defendant") to provide a further response to Plaintiff's Request No. 18, within twenty (20) days of the date of hearing on this Motion.

In support of this Motion, Plaintiff has submitted the attached memorandum. Plaintiff has complied with Rule 37 and has made an effort to resolve this dispute without Court intervention.

Plaintiff,
By his Attorneys,

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 6/1/05