UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY D. IZZI<br>Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>Defendant | **CIVIL ACTION NO: 04-321T** |

**ASSENTED TO MOTION TO EXTEND TIME FOR UNITED PARCEL SERVICE INC. TO FILE FOR SUMMARY JUDGMENT**

The Defendant, United Parcel Service Inc. ("UPS") requests an extension of time to file its motion for summary judgment. UPS moves for this extension on the grounds that the Plaintiff has requested that the discovery period, which is set to end on June 30, 2005, be extended for two months, up to and including September 1, 2005. Accordingly, UPS requests that its deadline to file its motion for summary judgment be extended from August 1, 2005 until October 1, 2005. UPS' counsel has conferred with counsel for the Plaintiff, who has no objection to this request for additional time.

UNITED PARCEL SERVICE, INC.
By its attorneys,

Laurie Alexander Krom

Hugh F. Murray, III
Laurie Alexander-Krom
Murtha Cullina LLP
City Place I
185 Asylum Street, 29th Floor
Hartford, CT 06103-3469
Telephone: (860) 240-6000

Lori Caron Silveira, Esq. (RI Bar #3002)
TILLINGHAST LICHT, LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 456-1200
Fax: (401) 456-1210

CERTIFICATE OF SERVICE

I certify that a copy of the within Assented to Motion to Extend Time for United Parcel Service, Inc. to File for summary Judgment was mailed to plaintiff's counsel on the 20 day of June, 2005.

Carly Beauvais Iafrate, Esquire
170 Westminster Street
Suite 601
Providence, RI 02903

Gerard P. Cobleigh, Esquire
70 Jefferson Boulevard
Warwick, RI 02888

Colleen M. Vardal