FILED
JUN 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ANTHONY D. IZZI,** <br> **Plaintiff,** <br> **v.** <br> **UNITED PARCEL SERVICE, INC.,** <br> **Defendant.** | **C.A. No. 04-321T** |

## ASSENTED TO MOTION TO EXTEND DISCOVERY PERIOD

Now comes the Plaintiff, Anthony Izzi ("Plaintiff"), and hereby moves for an extension of time within which to complete discovery. In support of this motion, the Plaintiff states that the discovery period is presently scheduled to close on July 1, 2005. To date, both parties have been diligent in their discovery efforts. However, several recent events have made it clear that additional time is necessary.

First, Plaintiff's counsel was notified two days ago that a key witness, Ken Miranda, had quit his position at UPS and was no longer controlled by UPS (i.e., they could not make him available for deposition). Mr. Miranda's deposition had been previously noticed and due to an apparent illness, he did not appear for his deposition (April 11, 2005). Since the April deposition day, Plaintiff has been trying to get dates for Mr. Miranda's deposition. Plaintiff is now in the position of having to try to find Mr. Miranda, who may already have moved out-of-state. In addition, Plaintiff recently received supplemental discovery from UPS. One of the documents received is something that took a significant time to obtain. UPS is now sending Plaintiff raw

data in support of this document. Based on the information contained in this document (and the forthcoming raw data), it appears that Plaintiff will need to hire an expert. The parties have four (4) depositions scheduled for the last two (2) weeks in June. There may be further information developed in these depositions that Plaintiff will need to follow up on. Finally, Plaintiff will be issuing a final document request for additional key documents. The need for these documents has only become apparent after having received UPS's recent supplemental discovery.

Accordingly, Plaintiff requests an additional two (2) months, up to and including, September 1, 2005. Plaintiff's counsel has conferred with Defense counsel who has no objection to this request for additional time.

Plaintiff,
By his Attorneys,

DENIED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge

Carly Beauvais Iafrate
Carly Beauvais Iafrate, #6343
170 Westminster Street, Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

Gerard P. Cobleigh
Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been mailed to Lori Caron Silveira, Esq., Tillinghast, Licht, Perkins, Smith & Cohen, 10 Weybosset Street, Providence, RI 02903, Hugh F. Murray, III, Murtha Cullina LLP, City Place I, 185 Asylum St., 29th Floor, Hartford, CT 06103-3469 and Laurie Alexander-Krom, Esq., Murtha Cullina, LLP, 99 High Street, Boston, MA 02110 on this 9th day of June 2005.

______________________