**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ANTHONY D. IZZI,** | |
| **Plaintiff,** | **C.A. No. 04-321T** |
| **v.** | |
| **UNITED PARCEL SERVICE, INC., Defendant.** | |

**PLAINTIFF'S MOTION TO CONSOLIDATE HEARING AND DECISION ON TWO DISCOVERY MOTIONS**

Now comes Plaintiff, Anthony Izzi ("Plaintiff"), and hereby moves this Court to consolidate the hearing on at least two discovery motions. On or about June 28, 2005, Plaintiff filed "Plaintiff's Motion to Compel Defendant's More Responsive Answer to Interrogatory No. 12." Plaintiff has also submitted "Plaintiff's Motion to Compel Answers to Interrogatories and Overrule Objections." These two motions address identical issues - to what extent should UPS be required to provide information about non-DOT card carrying UPS drivers in this ADA case. Therefore, it would seem to be a more efficient use of both the Court's and the parties' time to entertain both motions together.

Time is also of the essence, and Plaintiff has requested an expedited hearing on the matters.

Plaintiff,
By his Attorneys,

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax) Plaintiff,

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail to Lori Caron Silveira, Esq., Tillinghast, Licht, Perkins, Smith & Cohen, 10 Weybosset Street, Providence, RI 02903, Laurie Alexander-Krom, Esq., Murtha Cullina, LLP, 99 High Street, Boston, MA 02110 and Hugh F. Murray, III, Esq., Murtha Cullina LLP, City Place I, 185 Asylum St., 29th Floor, Hartford, CT 06103-3469 on the 8th day of July 2005.