**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ANTHONY D. IZZI,** <br> **Plaintiff,** <br> **v.** <br> **UNITED PARCEL SERVICE, INC.,** <br> **Defendant.** | **C.A. No. 04-321T** |

**PLAINTIFF'S REQUEST FOR AN EXPEDITED HEARING ON DISCOVERY MOTIONS**

Now comes Plaintiff, Anthony Izzi ("Plaintiff"), and hereby moves this Court to expedite the hearing on at least two discovery motions. As of today, Plaintiff has filed the following discovery motions: "Plaintiff's Motion to Compel Defendant's More Responsive Answer to Interrogatory No. 12;" "Plaintiff's Motion to Compel Answers to Interrogatories and Overrule Objections," and "Plaintiff's Motion to Compel Responses to Document Production Requests and Overrule Objections." Basically, these motions have been filed in an attempt to resolve outstanding discovery issues that the parties have been unable to resolve before the summary judgment filing date. Presently, UPS is scheduled to file its motion for summary judgment by August 1, 2005 and Plaintiff's response will be due shortly thereafter. Therefore, it is critical that these issues be resolved in order that Plaintiff is able to obtain the answers and documents prior to the time its response to summary judgment is due.

Accordingly, Plaintiff respectfully requests an expedited hearing on these matters.

Plaintiff,
By his Attorneys,

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax) Plaintiff,

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail to Lori Caron Silveira, Esq., Tillinghast, Licht, Perkins, Smith & Cohen, 10 Weybosset Street, Providence, RI 02903, Laurie Alexander-Krom, Esq., Murtha Cullina, LLP, 99 High Street, Boston, MA 02110 and Hugh F. Murray, III, Esq., Murtha Cullina LLP, City Place I, 185 Asylum St., 29th Floor, Hartford, CT 06103-3469 on the 8th day of July 2005.