UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY D. IZZI<br>Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>Defendant | C.A. No: 04-321T |

**AFFIDAVIT OF RONALD POIRIER IN SUPPORT OF UNITED PARCEL SERVICE INC.'S OPPOSITION TO PLAINTIFF MOTION TO COMPEL DEFENDANT'S MORE RESPONSIVE ANSWER TO INTERROGATORY NO. 12**

I, Ronald Poirier, state that the following is true and accurate based upon my information and belief:

1. I have been employed with United Parcel Service Inc. ("UPS") for thirty-one years. During my career at UPS I worked part-time for three years, as a UPS driver for nine years, an Industrial Engineering Supervisor for three years, an IE Section Manager for eight years, a Center Manager for four years, and a Hub Manager for four years.

2. As the UPS Industrial Engineering Package Coordinator for the Northeast for two years, I worked with managers throughout the Northeast in order to improve the dispatch process of its drivers. UPS' ultimate goal is to decrease the amount of miles driven and increase the amount of packages delivered per hour. Route design and the vehicle assigned to the particular route are important factors in improving dispatch. As

the Industrial Engineering Package Coordinator for the North East, I became knowledgeable about how routes are designed and vehicles are assigned throughout the Northeast region and throughout the country.

3. Within the United States, UPS is divided geographically into approximately seven regions, which in turn contain approximately 55 districts. The UPS Industrial Engineering Department ("IE") designs delivery routes by dividing up a specific delivery area into loops and then evaluates the characteristics of the loop and performs time studies to determine the amount of work that would fit into a driver's nine hour day. The design of the route and the decision regarding what type of vehicle will ultimately be assigned to that route is based upon a number of factors. These factors include the geographical location (urban, suburban or rural), the mix of resident and commercial businesses, the density of the population, the amount of miles on the route, and the type of customers.

5. In 2004, I oversaw the redesign of the routes that run out of the Warwick Rhode Island facility. Because Rhode Island has a high number of densely populated urban areas, has a high number of commercial customers with a high volume of packages, and because the majority of the routes are low mileage routes, there are no routes specifically designed for a vehicle weighing under 10,000 pounds. There are very few routes that use an under 10,000 pound vehicle for any portion of the time. In addition, there are only six vehicles at the Warwick facility that weigh under 10,000 that are not exclusively used by the Air Drivers.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS THE 13 DAY OF JULY, 2005.

Ronald J Poirier

Ronald Poirier

CERTIFICATE OF SERVICE

I certify that a copy of this Affidavit in Support of United Parcel Service, Inc.'s Opposition to Plaintiff's Motion to Compel Defendant's More Responsive Answer to Interrogatory No. 12 was mailed to plaintiff's counsel on the 14 day of July, 2005.

Carly Beauvais Iafrate, Esquire
170 Westminster Street
Suite 601
Providence, RI 02903

Laurie Alexander-Krom, Esquire
MURTHA CULLINA LLP
99 High Street
Boston, MA 02110-2320

Colleen M. Vandal

FILED