UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY D. IZZI, Plaintiff, | : | |
| v. | : | C.A. No. 04-321T |
| UNITED PARCEL SERVICE, INC., Defendant. | : | |

FILED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GRANTED. 7/18/05 USMJ

## PLAINTIFF'S REQUEST FOR AN EXPEDITED HEARING ON DISCOVERY MOTIONS

Now comes Plaintiff, Anthony Izzi ("Plaintiff"), and hereby moves this Court to expedite the hearing on at least two discovery motions. As of today, Plaintiff has filed the following discovery motions: "Plaintiff's Motion to Compel Defendant's More Responsive Answer to Interrogatory No. 12;" "Plaintiff's Motion to Compel Answers to Interrogatories and Overrule Objections," and "Plaintiff's Motion to Compel Responses to Document Production Requests and Overrule Objections." Basically, these motions have been filed in an attempt to resolve outstanding discovery issues that the parties have been unable to resolve before the summary judgment filing date. Presently, UPS is scheduled to file its motion for summary judgment by August 1, 2005 and Plaintiff's response will be due shortly thereafter. Therefore, it is critical that these issues be resolved in order that Plaintiff is able to obtain the answers and documents prior to the time its response to summary judgment is due.

Referred to U.S. Almond
☐ for findings and recommendations
☑ for determination
☐
Ernest C. Torres Chief Judge
Date: 7/15/05