UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTHONY D. IZZI,
Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,
Defendant.

C.A. No. 04-321T

FILED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

7/18/05: GRANTED. [signature] USMJ

## PLAINTIFF'S MOTION TO CONSOLIDATE HEARING AND DECISION ON TWO DISCOVERY MOTIONS

Now comes Plaintiff, Anthony Izzi ("Plaintiff"), and hereby moves this Court to consolidate the hearing on at least two discovery motions. On or about June 28, 2005, Plaintiff filed "Plaintiff's Motion to Compel Defendant's More Responsive Answer to Interrogatory No. 12." Plaintiff has also submitted "Plaintiff's Motion to Compel Answers to Interrogatories and Overrule Objections." These two motions address identical issues - to what extent should UPS be required to provide information about non-DOT card carrying UPS drivers in this ADA case. Therefore, it would seem to be a more efficient use of both the Court's and the parties' time to entertain both motions together.

Time is also of the essence, and Plaintiff has requested an expedited hearing on the matters.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 7/15/05