UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY D. IZZI<br>Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br>Defendant | ) | **C.A. No: 04-321T** |

**AFFIDAVIT OF LEON HERRON**

I, Leon Herron, state that the following is true and accurate based upon my personal information and belief:

1. I have been employed with United Parcel Service Inc. ("UPS") for thirty-two years. I am currently employed as the UPS Litigation Compliance Manager. I act as the liaison between UPS in-house legal counsel and UPS' outside legal counsel. I also provide assistance with the legal cases. Specifically, I help to identify facts, documents and witnesses and I monitor the resolution of the case.

2. Throughout 2002 I worked on the Bates case, which is a nationwide class action lawsuit, arising under federal law, and involving drivers from different areas of the country. I assisted in preparing a document entitled "Defendant United Parcel Service Inc.'s Supplemental Discovery Responses Re: Efforts Made to Allow Individuals who are not DOT Qualified to Obtain or Retain Driving Positions." (hereinafter referred to as the "Bates Document"). This document describes 118 employees, nationwide, who did not meet federal DOT qualification standards but held driving positions at UPS during the period of June 25, 1997 until August 2002.

3. Currently within the United States, UPS is divided geographically into approximately eight Domestic Regions, which in turn contain approximately sixty Districts. Within these Districts there are nearly 1800 facilities with approximately four operations per facility. In total, there are approximately 10,000 UPS operation centers throughout the country. UPS employs approximately 70,000 Package Car Drivers.

4. Information regarding employees who are DOT disqualified and the manner in which they may be driving at UPS is not information that is readily available to UPS. This information is primarily retained locally in the district or facility where those individuals work. In order to compile the information that is contained in the Bates Document, several thousands of individuals had to be contacted to verify this information. A request for information was sent to the Occupational Health Managers of each District and Region. The Occupational Health Managers then contacted the individual facility and in some cases, contacted the Operations Managers at the individual operation centers. At least five to six weeks was spent contacting and following up with the specific individuals at each of the UPS facilities, who had access to this information.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS THE 22nd
DAY OF JULY, 2005.

Leon Herron

Leon Herron
UPS Litigation Compliance Manager