UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA04-321T** **DATE: July 27, 2005**

**TITLE: Anthony Izzi v. UPS, Inc.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Carly Iafrate, Esq.
Laurie Alexander-Krom, Esq.
Lori Silveira, Esq.

**PROCEEDING:**

Plaintiff's Motion to Compel Defendant's More Responsive Answer to Interrogatory No. 12
Plaintiff's Motion to Compel Defendant's Responses to Document Requests and Overrule Objections Pursuant to Rules 34(B) and 37(A)Plaintiff's Motion to Compel Defendant's Answers to Interrogatories and Overrule Objections Pursuant to Rule 33(B)(5)

Attorneys argue.

**RULING:**

Plaintiff's Motion to Compel Defendant's More Responsive Answer to Interrogatory No. 12 - **Denied**
Plaintiff's Motion to Compel Defendant's Responses to Document Requests and Overrule Objections Pursuant to Rules 34(B) and 37(A) - **Granted in Part, Denied in Part**
Plaintiff's Motion to Compel Defendant's Answers to Interrogatories and Overrule Objections Pursuant to Rule 33(B)(5) - **Denied**
**Orders to follow by the Court**