UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTHONY D. IZZI,
Plaintiff,
v.
UNITED PARCEL SERVICE, INC.,
Defendant.

C.A. No. 04-321T

7/27/05: DENIED FOR THE REASONS STATED AT TODAY'S HEARING; EXCEPT THAT DEFENDANT SHALL SUPPLEMENT ITS RESPONSE TO REQUEST NOS. 8+9 BY AUGUST 15th AS ORDERED.

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S RESPONSES TO DOCUMENT REQUESTS AND OVERRULE OBJECTIONS PURSUANT TO RULES 34(B) AND 37(A)

Now comes Plaintiff, Anthony Izzi ("Plaintiff"), and pursuant to Rule 34(B) and Rule 37(a) of the Federal Rules of Civil Procedure, hereby moves this Court to compel Defendant UPS, Inc. ("Defendant" or "UPS") to provide responses to Plaintiff's Second Revised Document Request (See Exhibit A) and Plaintiff's Third Document Request (See Exhibit B), and to overrule its objections thereto.

In support of this Motion, Plaintiff has submitted the attached memorandum. Plaintiff has complied with Rule 37 and has made an effort to resolve these disputes without Court intervention.

Plaintiff,
By his Attorneys,

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 7/15/05



#29