UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ANTHONY D. IZZI,<br>Plaintiff,<br>v.<br>UNITED PARCEL SERVICE, INC.,<br>Defendant. | C.A. No. 04-321T |

7/27/05: DENIED FOR THE REASONS STATED AT TODAY'S HEARING.
USMJ

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S ANSWERS TO INTERROGATORIES AND OVERRULE OBJECTIONS PURSUANT TO RULE 33(B)(5)**

Now comes Plaintiff, Anthony Izzi ("Plaintiff"), and pursuant to Rule 33(B)(5) and Rule 37(a) of the Federal Rules of Civil Procedure, hereby moves this Court to compel Defendant UPS, Inc. ("Defendant" or "UPS") to provide Answers to Plaintiff's Second Set of Interrogatories Nos. 1 and 2, and to overrule its objections thereto. Plaintiff has also requested that this motion be consolidated with "Plaintiff's Motion to Compel More Responsive Answer to Interrogatory No. 12" and a motion to expedite the hearing thereon.

In support of this Motion, Plaintiff has submitted the attached memorandum. Plaintiff has complied with Rule 37 and has made an effort to resolve this dispute without Court intervention.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 7/15/05