FILED JUN 28 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ANTHONY D. IZZI,**

**Plaintiff,**

**v.**

**UNITED PARCEL SERVICE, INC.,**
**Defendant.**

**C.A. No. 04-321T**

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S MORE RESPONSIVE ANSWER TO INTERROGATORY NO. 12**

Now comes Plaintiff, Anthony Izzi ("Plaintiff"), and pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby moves this Court to compel Defendant UPS, Inc. ("Defendant") to provide a further response to Plaintiff's Interrogatory No. 12, within twenty (20) days of the date of hearing on this Motion.

In support of this Motion, Plaintiff has submitted the attached memorandum. Plaintiff has complied with Rule 37 and has made an effort to resolve this dispute without Court intervention.

7/27/05: DENIED FOR THE REASONS STATED AT TODAY'S HEARING. USMJ

Plaintiff,
By his Attorneys,

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 7/15/05



#26