AO
[illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTHONY D. IZZI,
Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,
Defendant.

C.A. No. 04-321T

7/27/05: DENIED FOR THE REASONS STATED AT TODAY'S HEARING.
[signature] USMJ

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S MORE RESPONSIVE ANSWER TO INTERROGATORY NO. 12**

Now comes Plaintiff, Anthony Izzi ("Plaintiff"), and pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby moves this Court to compel Defendant UPS, Inc. ("Defendant") to provide a further response to Plaintiff's Interrogatory No. 12, within twenty (20) days of the date of hearing on this Motion.

In support of this Motion, Plaintiff has submitted the attached memorandum. Plaintiff has complied with Rule 37 and has made an effort to resolve this dispute without Court intervention.

Plaintiff,
By his Attorneys,

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
Ernest C. Torres, Chief Judge
Date: 7/15/05



#27