UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTHONY D. IZZI
Plaintiff

v. C.A. No: **04-321T**

UNITED PARCEL SERVICE, INC.
Defendant

July 29, 2005

**UNITED PARCEL SERVICE INC.'S STATEMENT OF FACTS IN SUPPORT OF ITS SUMMARY JUDGMENT**

1. Anthony Izzi began working at UPS in 1989 and remains employed at UPS today. Deposition of Anthony Izzi ("Izzi Depo.") at 7.

2. For his entire tenure at UPS, Mr. Izzi has been represented for purposes of collective bargaining by Local 251 of the International Brotherhood of Teamsters ("Teamsters"). Plaintiff's Responses to Defendant's Request for Admissions ("Admissions") no. 9.

3. The Teamsters and UPS have entered into a collective bargaining agreement ("Collective Bargaining Agreement") that provides for, among other things, assignment of positions within the bargaining unit on the basis of seniority. Admissions no. 10.

4. By 1996, Mr. Izzi had become a full-time Package Car Driver. Izzi Depo. at 8. Mr. Izzi's job as a package car driver involved operating one of the

familiar brown UPS package deliver vehicles along various routes throughout the Providence, Rhode Island area.

5. Routes are distributed to drivers through an annual bid system by which drivers bid on available routes on the basis of their seniority. Admissions no. 10. Drivers may choose either a fixed route, if the driver's seniority allows such a bid, or may become a "cover driver" operating different routes based on the needs of the operation on a given day. Izzi Depo. at 15; Deposition of Mark Murphy April 13, 2005 ("Murphy Depo. I") at 147. During his time as a driver, Mr. Izzi had both fixed routes and acted as a cover driver.

6. The majority of UPS package cars in Rhode Island are over 10,000 pounds gross vehicle weight. Admissions no. 7. The United States Department of Transportation ("DOT") requires that drivers of commercial motor vehicles over 10,000 pounds meet certain standards and have a certification to that effect (a "DOT Card"). Admissions number 2, 3, 4, 5, and 7. DOT Cards must be renewed every two years. Izzi Depo. at 14.

7. Mr. Izzi's last successful renewal of his DOT card was in October, 2000. Izzi Depo. at 26. In October, 2002, Mr. Izzi attempted to renew his DOT Card. Id. at 34-35.

8. Between October, 2000 and October, 2002, Mr. Izzi's diabetes had begun to be treated with insulin. Admissions no. 5. DOT regulations require that in order to obtain a DOT Card a person must have "no established medical history or clinical diagnosis of diabetes mellitus currently requiring insulin

for control." 49 C.F.R. § 391.41(b) & Admissions no. 4. Mr. Izzi, therefore, was unable to obtain a valid DOT Card, and he remains without a valid DOT Card as of today.

9. Because federal law prohibited Mr. Izzi from operating vehicles over 10,000 pounds, UPS removed Mr. Izzi from his Package Car Driver position, which had involved operating vehicles over 10,000 pounds. Under the Collective Bargaining Agreement, Mr. Izzi was able to bid on other jobs, and he has worked full time in a non-driving position since 2002. Izzi Depo. at 47.

10. UPS does have some vehicles that weigh less than 10,000 pounds and thus are not covered by the DOT regulations. UPS has developed a "Diabetes Protocol" to determine whether any particular driver who has diabetes controlled by insulin will be able to safely operate a vehicle under 10,001 pounds. Deposition of Julie Souza ("Souza Depo.") at 92. UPS put Mr. Izzi through its Diabetes Protocol and determined that he could operate vehicles under 10,000 pounds. Souza Depo. at 95.

11. Smaller Vehicles are used by three different categories of UPS Drivers. Smaller Vehicles are used by Air Drivers. Air Drivers deliver UPS NextDayAir packages, which are generally smaller, have less volume and need to be delivered by 10:30 in the morning. Murphy Depo. I at 103. Air Drivers are not full time Package Car Drivers but are either part time employees or have a full time position that consists of both air driving and some non-driving work. Murphy Depo. I at 101. Air Drivers' pay rates

are less than Package Car Drivers' pay rates and equal to the rates of non-driving inside positions, such as the ones Mr. Izzi has held since October 2002. Murphy Depo. I at 101. Since passing the Diabetes Protocol in 2003, Mr. Izzi has been eligible to bid on an Air Driver or Air Driver Combo job, but he has chosen not to.

12. A limited number of Smaller Vehicles may also be used by Package Car Drivers on fixed delivery routes. Assignment of fixed routes is governed by a seniority bidding process of the collective bargaining agreement between UPS and the Teamsters. Admissions no. 10. While there may be some dispute as to the exact number of fixed routes that use Smaller Vehicles on a regular basis and the extent to which drivers on those routes also need to be able to operate larger vehicles as an essential part of their job, such disputes are not material in this case because, however defined, such routes have only been filled by drivers with more seniority than Mr. Izzi.

13. Smaller Vehicles are on occasion used by Cover Drivers. A Cover Driver is a flexible position that fills in for vacationing, sick or injured employees and generally provides UPS with the flexibility needed to satisfy customer demands. Murphy Depo. I at 147; Izzi Depo. at 15. Solely for purposes of Summary Judgment, UPS will accept Mr. Izzi's contention that on most days at least one Smaller Vehicle is operated by at least one of the Cover Drivers out of the Warwick facility. While there may be some dispute as to the amount of time any given Cover Driver operates a Smaller Vehicle,

no single Cover Driver operates Smaller Vehicles for a majority of the year.

14. Mr. Izzi testified at his deposition about the effect his diabetes had on him, both before and after he started taking insulin. Izzi Depo. at 25-33. He testified that he lost weight, but that he could recall no other symptoms. Id. He testified that although he has experienced high blood sugar, he never noticed symptoms from high blood sugar other than having to urinate. Id. Mr. Izzi gave no evidence at all that his diabetes actually limited any major life activity, much less that any such limitation was "substantial." Mr. Izzi has not provided any expert testimony concerning the effect his diabetes would have on him if he were not taking insulin.

15. Mr. Izzi is represented for purposes of collective bargaining by Local 251 of the International Brotherhood of Teamsters, which has a collective bargaining agreement (the "Collective Bargaining Agreement") with UPS governing wages, hours and other terms and conditions of employment. Admissions number 9. Pursuant to certain provisions of the Collective Bargaining Agreement, package car routes are awarded by seniority during an annual bid. Admissions number 10.

16. Under the Collective Bargaining Agreement, if a route changes by more than 50% it becomes a new route subject to being re-bid. Deposition of Kevin Reddy ("Reddy Depo.") at 74-75. A new route that exists for 30 days becomes subject to bid. Article 57, Section 2(B)(1) of the Collective Bargaining Agreement provides that "any new job in existence

for more than thirty (30) days shall be considered a permanent job."

Deposition of Mark Murphy April 26, 2005 ("Murphy Depo. II") at 94.

DEFENDANT - UNITED PARCEL SERVICE INC.

By ______________________
Hugh F. Murray, III - BBO#645596
Laurie Alexander-Krom - BBO #637385

Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone: (617) 457-4000
Facsimile: (617) 482-3868
Its Attorneys

By Timothy M. Bliss
Lori C. Silveira (#3002)
Timothy Bliss (#6228)

Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903
Telephone: (401) 456-1200
Facsimile: (401) 456-1210
Its Attorney

July 29, 2005

## CERTIFICATE OF SERVICE

I certify that a copy of United Parcel Service's Statement of Facts in Support of its Summary Judgment was mailed to plaintiff's counsel on the 29 day of July, 2005.

Carly Beauvais Iafrate, Esquire
170 Westminster Street
Suite 601
Providence, RI 02903

Laurie Alexander-Krom, Esquire
MURTHA CULLINA LLP
99 High Street
Boston, MA 02110-2320

Colleen M. Vandal