**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **ANTHONY D. IZZI,** **Plaintiff,** v. **UNITED PARCEL SERVICE, INC.,** **Defendant.** | **C.A. No. 04-321T** |

**STIPULATION**

By agreement of the parties, the discovery period shall be extended up to and including July 31, 2005. Among other things, during this time the deposition of Steve Collier will be taken.

Plaintiff, Anthony D. Izzi,
By her Attorney,

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

Defendant, UPS
By its Attorneys,

Laurie Alexander-Krom, BBO #645595
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
(617) 457-4000

Lori Caron Silveira, #3002
Tillinghast Licht LLP
10 Weybosset St.
Providence, RI 02903
(401) 456-1200
(401) 456-1210

ENTER:

Ernest C. Torres, Chief Judge
July , 2005