**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ANTHONY D. IZZI,**<br>**Plaintiff,**<br>v.<br>**UNITED PARCEL SERVICE, INC.,**<br>**Defendant.** | **C.A. No. 04-321T** |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

Plaintiff, Anthony D. Izzi, moves the Court for relief from Amended General Order #2002-01 to permit Plaintiff to file Memoranda in excess of twenty (20) pages in support of his forthcoming Objection to Defendant UPS's Motion for Summary Judgment, Dated July 29, 2005. Plaintiff seeks to file a memorandum up to twenty-five (25) pages.

Plaintiff avers that it is reasonably necessary for the Court to have access to all of his evidence and argument in order to rule on the objection. In particular, UPS has not only attacked several elements of Plaintiff's underlying claims (failure-to-accommodate and disparate treatment claims), but has raised purely legal issues such as whether his claims are pre-empted by federal labor law, and whether he is prohibited from relying on his physician in response to summary judgment before providing an expert disclosure report under Rule 26(a)(2)(B). It would be very difficult, if not impossible, for Plaintiff to adequately respond to all of UPS's arguments with all in twenty pages. It is especially important to have a sufficient opportunity to respond in light of Plaintiff's burden on summary judgment.

Accordingly, Plaintiff respectfully asks the Court to grant his Motion to Exceed Page Limit.

Plaintiff,
By his Attorneys,

Carly Beauvais Iafrate, #6343
170 Westminster Street, #601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document to Lori Caron Silveira, Esq., Tillinghast, Licht, LLP, 10 Weybosset Street, Providence, RI 02903, Hugh F. Murray, III, Murtha Cullina LLP, City Place I, 185 Asylum St., 29th Floor, Hartford, CT 06103-3469, and Laurie Alexander-Krom, Esq., Murtha Cullina, LLP, 99 High Street, Boston, MA 02110 on the 2nd day of August 2005.