UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTHONY D. IZZI
Plaintiff

v.

UNITED PARCEL SERVICE, INC.
Defendant

C.A. NO: 04-321T

**AFFIDAVIT OF LAURIE ALEXANDER-KROM IN SUPPORT OF UNITED PARCEL SERVICE INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

I, Laurie Alexander-Krom, state that the following is true and accurate based upon my knowledge and belief:

1. I am one of the attorneys who represents United Parcel Service Inc. ("UPS") in this case.

2. Gregory Coogan's correct seniority date is May 16, 1989. UPS incorrectly listed May 26, 1998 as Mr. Coogan's seniority date in a document entitled "RI Bid Route Drivers Car Use." UPS produced this document as Exhibit B to UPS' Answers to Plaintiff's First Set of Interrogatories, dated November 29, 2004. The document was produced specifically in response to Interrogatory No. 10 and refers to car use in the year 2004. (See UPS' Answers to Interrogatories attached hereto as Exhibit A).

3. I subsequently learned that May 26, 1998 was not Mr. Coogan's correct seniority date. I immediately informed counsel for Mr. Izzi that this date was incorrect and that May 16, 1989 was Mr. Coogan's correct seniority date.

4. On June 9, 2005, UPS served its Second Supplemental Answers to Plaintiff's Interrogatories. (See UPS' Second Supplemental Answers to Plaintiff's Interrogatories attached hereto as Exhibit B). UPS supplemented its answer to Interrogatory 10, with a chart entitled: "2004 ProRI Driver Vehicle Usage." In this chart, Mr. Coogan's seniority date is correctly listed as May 16, 1989. (See attached Exhibit B, UPS document number "UPS 00409").

5. Attached as Exhibit C is a true and accurate copy of a document entitled: "Warwick RI Vehicle Information: April 2005." This document was produced to the Plaintiff in discovery and shows that the Manufacturers Gross Vehicle Weight for each of the P50's vehicles located at the Warwick facility is 11,340 pounds.

6. Attached as Exhibit D is a true and accurate copy of the 2004 Annual Bid. In 2004, Frank Medeiros was not a cover driver. (See Exhibit D, UPS document number "UPS 00373").

7. Attached as Exhibit E are true and accurate pages from the deposition of Kevin Reddy.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS THE 18 DAY OF AUGUST, 2005.

Laurie Alexander-Krom

Laurie Alexander-Krom

FILED

Without waiving its objection, please refer to UPS Answer to Interrogatory No. 1.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS THE ___ DAY OF NOVEMBER, 2004.

Mark Murphy
UPS Employee Relations Manager

As to objections:

UNITED PARCEL SERVICE, INC.
By its attorneys,

Hugh F. Murray, III
Murtha Cullina LLP
City Place I
185 Asylum Street, 29th Floor
Hartford, CT 06103-3469
(860) 240-6000
Email: hmurray@murthalaw.com

Steven M. Richard (4403)
Tillinghast Licht Perkins Smith & Cohen
10 Weybosset Street
Providence, RI 02903
Telephone: (401) 456-1200
Facsimile: (401) 456-1210
Email: srichard@tlslaw.com

Date: November 29, 2004

2004 ProRI Driver Vehicle Usage

| [illegible] | Center | Name | Senority Date | Usage | Car Type |
|---|---|---|---|---|---|
| [illegible] | [illegible] | **MURPHY, RITA Total** | | 54 | |
| [illegible] | 0281 | NOTARIANNI, MARC | 10/26/1993 | 2 | P100 |
| [illegible] | 0281 | NOTARIANNI, MARC | 10/26/1993 | 97 | P100D |
| [illegible] | 0281 | NOTARIANNI, MARC | 10/26/1993 | 7 | P32 |
| [illegible] | 0281 | NOTARIANNI, MARC | 10/26/1993 | 5 | P47D |
| 0281 | 0281 | NOTARIANNI, MARC | 10/26/1993 | 18 | P50 |
| 0281 | 0281 | NOTARIANNI, MARC | 10/26/1993 | 59 | P70D |
| 0281 | 0281 | NOTARIANNI, MARC | 10/26/1993 | 49 | P80 |
| | | **NOTARIANNI, MARC Total** | | 237 | |
| 0281 | 0281 | LEMOI, MICHELLE | 3/21/2000 | 28 | P47D |
| 0281 | 0281 | LEMOI, MICHELLE | 3/21/2000 | 2 | P50 |
| 0281 | 0281 | LEMOI, MICHELLE | 3/21/2000 | 18 | P70D |
| 0281 | 0281 | LEMOI, MICHELLE | 3/21/2000 | 10 | P80 |
| | | **LEMOI, MICHELLE Total** | | 58 | |
| 0281 | 0281 | PIMENTAL, JAMES | 1/24/1990 | 2 | P100 |
| 0281 | 0281 | PIMENTAL, JAMES | 1/24/1990 | 225 | P100D |
| 0281 | 0281 | PIMENTAL, JAMES | 1/24/1990 | 1 | P50 |
| 0281 | 0281 | PIMENTAL, JAMES | 1/24/1990 | 2 | P70D |
| 0281 | 0281 | PIMENTAL, JAMES | 1/24/1990 | 1 | P80 |
| 0281 | 0281 | PIMENTAL, JAMES | 1/24/1990 | 1 | VANDR |
| | | **PIMENTAL, JAMES Total** | | 232 | |
| 0281 | 0281 | MATHER, TIMOTHY | 9/5/1996 | 5 | P100 |
| 0281 | 0281 | MATHER, TIMOTHY | 9/5/1996 | 19 | P100D |
| 0281 | 0281 | MATHER, TIMOTHY | 9/5/1996 | 1 | P32 |
| 0281 | 0281 | MATHER, TIMOTHY | 9/5/1996 | 168 | P80 |
| | | **MATHER, TIMOTHY Total** | | 193 | |
| 0281 | 0281 | HOWLEY, GARY | 10/18/2004 | 1 | P100D |
| | | **HOWLEY, GARY Total** | | 1 | |
| 0281 | 0281 | COOGAN, GREGORY | 5/16/1989 | 1 | P100D |
| 0281 | 0281 | COOGAN, GREGORY | 5/16/1989 | 76 | P70D |
| | | **COOGAN, GREGORY Total** | | 77 | |
| 0281 | 0281 | LAPINSKI, JEANETTE | 5/17/2004 | 11 | P100 |
| 0281 | 0281 | LAPINSKI, JEANETTE | 5/17/2004 | 97 | P100D |
| 0281 | 0281 | LAPINSKI, JEANETTE | 5/17/2004 | 1 | P120D |
| 0281 | 0281 | LAPINSKI, JEANETTE | 5/17/2004 | 1 | P32 |
| 0281 | 0281 | LAPINSKI, JEANETTE | 5/17/2004 | 3 | P47D |
| 0281 | 0281 | LAPINSKI, JEANETTE | 5/17/2004 | 11 | P60 |
| 0281 | 0281 | LAPINSKI, JEANETTE | 5/17/2004 | 8 | P70D |
| 0281 | 0281 | LAPINSKI, JEANETTE | 5/17/2004 | 29 | P80 |
| 0281 | 0281 | LAPINSKI, JEANETTE | 5/17/2004 | 2 | VAND |
| | | **LAPINSKI, JEANETTE Total** | | 163 | |
| 0281 | 0281 | KOSANOVONG, PHOUMANO | 3/13/2000 | 12 | P100 |
| 0281 | 0281 | KOSANOVONG, PHOUMANO | 3/13/2000 | 38 | P100D |

WARWICK RI VEHICLE INFORMATION
APRIL 2005

| Equip Number | ST | Plate Number | Exp Date | REG. WEIGHT | MANUF. GVW | Expense Center | VIN | Car Group | Make | Model Year |
|---|---|---|---|---|---|---|---|---|---|---|
| 44450 | RI | 12484 | 5-Mar | 16000 | | 290 | P50BVT069206 | P80 | FORD | 1974 |
| 56961 | RI | 77929 | 5-Mar | 16000 | | 290 | P60GVC092328 | P80 | FORD | 1976 |
| 56964 | RI | 77930 | 5-Mar | 16000 | | 285 | P60GVC092321 | P80 | FORD | 1976 |
| 57368 | RI | 77939 | 5-Mar | 16000 | | 280 | P60GVC062257 | P80 | FORD | 1976 |
| 57435 | RI | 143475 | 5-Mar | 16000 | | 290 | P60GVC091225 | P80 | FORD | 1976 |
| 57960 | RI | 143471 | 5-Mar | 16000 | | 290 | P60GVC062255 | P80 | FORD | 1976 |
| 57962 | RI | 143469 | 5-Mar | 16000 | | 281 | P60GVC062252 | P80 | FORD | 1976 |
| 58710 | RI | 11239 | 5-Mar | 15000 | | 285 | P50GV031990 | P60 | FORD | 1977 |
| 58856 | RI | 13572 | 5-Mar | 15000 | | 280 | P50GV085162 | P60 | FORD | 1977 |
| 58902 | RI | 45650 | 5-Mar | 15000 | | 290 | P50GV085158 | P60 | FORD | 1977 |
| 60268 | RI | 143408 | 5-Mar | 16000 | | 290 | P60GVX086038 | P80 | FORD | 1977 |
| 72751 | RI | 103477 | 5-Mar | 16000 | | 285 | P60GUFD003641 | P80 | FORD | 1979 |
| 77893 | RI | 13696 | 5-Mar | 18000 | | 290 | 1GDG4T1T5BV598665 | P100 | GMC | 1981 |
| 77900 | RI | 16508 | 5-Mar | 18000 | | 285 | 1GDG4T1T9BV598670 | P100 | GMC | 1981 |
| 77915 | RI | 16510 | 5-Mar | 18000 | | 285 | 1GDG4T1TGBV598674 | P100 | GMC | 1981 |
| 77922 | RI | 23906 | 5-Mar | 18000 | | 290 | 1GDG4T1T0BV592921 | P100 | GMC | 1981 |
| 78671 | RI | 53977 | 5-Mar | 18000 | | 290 | 1GDG4T1T1CV578916 | P100 | GMC | 1982 |
| 79973 | RI | 17713 | 5-Mar | 18000 | | 290 | 1GDG4T1T8EV510342 | P100 | GMC | 1984 |
| 100260 | RI | 17670 | 5-Mar | 18000 | | 285 | 1GDG4T1T6EV515426 | P100 | GMC | 1984 |
| 100419 | RI | 143409 | 5-Mar | 18000 | | 280 | 1GDG4T1T8EV517565 | P100 | GMC | 1984 |
| 100880 | RI | 102264 | 5-Mar | 16000 | | 285 | 1GDG4T1T3EV521832 | P100 | GMC | 1984 |
| 101300 | RI | 89303 | 4-Mar | 18000 | | 290 | 1GDG4T1T7FV509698 | P100 | GMC | 1985 |
| 101302 | RI | 19830 | 4-Mar | 18000 | | 290 | 1GDG4T1TSFV509702 | P100 | GMC | 1984 |
| 101708 | RI | 80315 | 5-Mar | 18000 | | 281 | 1GDG4T1T7FV623975 | P100 | GMC | 1985 |
| 102703 | RI | 107539 | 5-Mar | 18000 | | 290 | 1GDG4T1T4GV529182 | P100 | GMC | 1986 |
| 102704 | RI | 107537 | 5-Mar | 18000 | | 280 | 1GDG4T1T5GV528476 | P100 | GMC | 1986 |
| 102705 | RI | 107538 | 5-Mar | 18000 | | 290 | 1GDG4T1T9GV528903 | P100 | GMC | 1986 |
| 103082 | RI | 111042 | 5-Mar | 18000 | | 280 | 1GDG4T1T6GV532049 | P100 | GMC | 1986 |
| 103083 | RI | 111041 | 5-Mar | 18000 | | 285 | 1GDG4T1T3GV532008 | P100 | GMC | 1986 |
| 103865 | RI | 82373 | 5-Mar | 18000 | | 280 | 1GDG4T1T1HV519078 | P100 | GMC | 1987 |
| 103866 | RI | 28685 | 5-Mar | 18000 | | 285 | 1GDG4T1T4HV518880 | P100 | GMC | 1987 |
| 104212 | RI | 86149 | 5-Mar | 18000 | | 280 | 1GDG4T1T4HV509855 | P100 | GMC | 1987 |
| 104213 | RI | 76481 | 5-Mar | 18000 | | 285 | 1GDG4T1T8HV510507 | P100 | GMC | 1987 |
| 104525 | RI | 43784 | 5-Mar | 18000 | | 280 | 1GDG4T1T1HV513183 | P100 | GMC | 1987 |
| 104526 | RI | 43629 | 5-Mar | 18000 | | 290 | 1GDG4T1T7HV512636 | P100 | GMC | 1987 |
| 104527 | RI | 43692 | 5-Mar | 18000 | | 285 | 1GDG4T1T4HV512254 | P100 | GMC | 1987 |
| 104547 | RI | 41990 | 5-Mar | 18000 | | 285 | 1GDG4T1T4HV512674 | P100 | GMC | 1987 |
| 104566 | RI | 41995 | 5-Mar | 18000 | | 285 | 1GDG4T1T1HV512115 | P100 | GMC | 1987 |
| 104567 | RI | 44171 | 5-Mar | 18000 | | 280 | 1GDG4T1T5HV512263 | P100 | GMC | 1987 |
| 104568 | RI | 41992 | 5-Mar | 18000 | | 280 | 1GDG4T1T8HV512564 | P100 | GMC | 1987 |
| 104694 | RI | 45729 | 5-Mar | 18000 | | 285 | 1GDG4T1T3HV512827 | P100 | GMC | 1987 |
| 104695 | RI | 45738 | 5-Mar | 18000 | | 285 | 1GDG4T1T4HV512898 | P100 | GMC | 1987 |
| 104696 | RI | 45733 | 5-Mar | 18000 | | 290 | 1GDG4T1T5HV518421 | P100 | GMC | 1987 |
| 105248 | RI | 143512 | 5-Mar | 18000 | | 290 | 1GDG4T1T6HV521439 | P100 | GMC | 1987 |
| 106657 | RI | 149556 | 5-Mar | 18000 | | 281 | 1GDG4T1T1JV505817 | P100 | GMC | 1988 |
| 107498 | RI | 166846 | 5-Mar | 23000 | | 290 | 1HTSCABM8SH663460 | VAND | INTL | 1995 |
| 107501 | RI | 166844 | 5-Mar | 23000 | | 285 | 1HTSCABM4SH663469 | VAND | INTL | 1995 |
| 107531 | RI | 103485 | 5-Mar | 23000 | | 290 | 1HTSCABM9SH663581 | VAND | INTL | 1995 |

WARWICK RI VEHICLE INFORMATION
APRIL 2005

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 107822 | RI | 143511 | 5-Mar | 18000 | 290 | 1GDG4T1T6JV534147 | P100 | GMC | 1988 |
| 108553 | RI | 50201 | 5-Mar | 18000 | 285 | 1GDG4T1V8KV505168 | P100 | GMC | 1989 |
| 109586 | RI | 15725 | 5-Mar | 18000 | 285 | 1GDG4T1V1KV508402 | P100 | GMC | 1989 |
| 110653 | RI | 36444 | 5-Mar | 18000 | 280 | 1GDG4T1V8KV517272 | P100D | GMC | 1989 |
| 110655 | RI | 50682 | 5-Mar | 18000 | 280 | 1GDG4T1V5KV517293 | P100D | GMC | 1989 |
| 110718 | RI | 40628 | 5-Mar | 18000 | 280 | 1GDG4T1V9KV517619 | P100D | GMC | 1989 |
| 110826 | RI | 47745 | 4-Mar | 18000 | 290 | 1GDG4T1V8KV518762 | P100 | GMC | 1989 |
| 110827 | RI | 49973 | 5-Mar | 18000 | 280 | 1GDG4T1V3KV518684 | P100 | GMC | 1989 |
| 110828 | RI | 52943 | 5-Mar | 18000 | 290 | 1GDG4T1V6KV518615 | P100 | GMC | 1989 |
| 110829 | RI | 51392 | 5-Mar | 18000 | 290 | 1GDG4T1V1KV518506 | P100 | GMC | 1989 |
| 110908 | RI | 147571 | 5-Mar | 18000 | 285 | 1GDG4T1V5KV518945 | P100 | GMC | 1989 |
| 110910 | RI | 57896 | 5-Mar | 18000 | 280 | 1GDG4TIV4KV518967 | P100 | GMC | 1989 |
| 110990 | RI | 46923 | 5-Mar | 18000 | 285 | 1GDG4T1V6KV519139 | P100D | GMC | 1989 |
| 110991 | RI | 46938 | 5-Mar | 18000 | 285 | 1GDG4T1V6KV519148 | P100D | GMC | 1989 |
| 115697 | RI | 159634 | 5-Mar | 18000 | 290 | 1FCNG80C4SVA26178 | P100D | FORD | 1995 |
| 115698 | RI | 160308 | 5-Mar | 18000 | 290 | 1FCNG80C9SVA24197 | P100D | FORD | 1995 |
| 115699 | RI | 159636 | 5-Mar | 18000 | 285 | 1FCNG80C0SVA26503 | P100D | FORD | 1995 |
| 116221 | RI | 167605 | 5-Mar | 18000 | 280 | 1FCNG80C4SVA41148 | P100D | FORD | 1995 |
| 116223 | RI | 172612 | 5-Mar | 18000 | 290 | 1FCNG80C7SVA41323 | P100D | FORD | 1995 |
| 116439 | RI | 162154 | 5-Mar | 18000 | 290 | 1FCNG80C4SVA41294 | P100D | FORD | 1995 |
| 116440 | RI | 169249 | 5-Mar | 18000 | 285 | 1FCNG80C4SVA41408 | P100D | FORD | 1995 |
| 116442 | RI | 169248 | 5-Mar | 18000 | 281 | 1FCNG80C1SVA41351 | P100D | FORD | 1995 |
| 116667 | RI | 164821 | 5-Mar | 18000 | 281 | 1FCNG80CXSVA41638 | P100D | FORD | 1995 |
| 116740 | RI | 256660 | 5-Mar | 18000 | 280 | 1FCNG80CXSVA41753 | P100D | FORD | 1995 |
| 116846 | RI | 165818 | 5-Mar | 18000 | 280 | 1FCNG80C6SVA41880 | P100D | FORD | 1995 |
| 116848 | RI | 165813 | 5-Mar | 18000 | 290 | 1FCNG80C2SVA41889 | P100D | FORD | 1995 |
| 117295 | RI | 14106 | 5-Mar | 18000 | 285 | 1FCNG80C3SVA57681 | P100D | FORD | 1995 |
| 117508 | RI | 22611 | 5-Mar | 18000 | 280 | 1FCNG80CXSVA57919 | P100D | FORD | 1995 |
| 117509 | RI | 22617 | 5-Mar | 18000 | 285 | 1FCNG80C5SVA57875 | P100D | FORD | 1995 |
| 117511 | RI | 22544 | 5-Mar | 18000 | 281 | 1FCNG80C1SVA57856 | P100D | FORD | 1995 |
| 117736 | RI | 23290 | 5-Mar | 18000 | 281 | 1FCNG80C1SVA58103 | P100D | FORD | 1995 |
| 117971 | RI | 23710 | 5-Mar | 18000 | 290 | 1FCNG80C8SVA74654 | P100D | FORD | 1995 |
| 118130 | RI | 33006 | 5-Mar | 18000 | 281 | 1FCNG80C0SVA72882 | P100D | FORD | 1995 |
| 118131 | RI | 30398 | 5-Mar | 18000 | 280 | 1FCNG80C3SVA72892 | P100D | FORD | 1995 |
| 118132 | RI | 33003 | 5-Mar | 18000 | 281 | 1FCNG80C7SVA72880 | P100D | FORD | 1995 |
| 118133 | RI | 33001 | 5-Mar | 18000 | 280 | 1FCNG80C1SVA72888 | P100D | FORD | 1995 |
| 118134 | RI | 33005 | 5-Mar | 18000 | 280 | 1FCNG80C0SVA72896 | P100D | FORD | 1995 |
| 118135 | RI | 33004 | 5-Mar | 18000 | 280 | 1FCNG80C8SVA72905 | P100D | FORD | 1995 |
| 118233 | RI | 17923 | 5-Mar | 18000 | 281 | 1FCNG80CXSVA62134 | P100D | FORD | 1995 |
| 118234 | RI | 22525 | 5-Mar | 18000 | 281 | 1FCNG80C1SVA62135 | P100D | FORD | 1995 |
| 118236 | RI | 21830 | 5-Mar | 18000 | 280 | 1FCNG80C9SVA62142 | P100D | FORD | 1995 |
| 118238 | RI | 17859 | 5-Mar | 18000 | 280 | 1FCNG80C4SVA62145 | P100D | FORD | 1995 |
| 118434 | RI | 29675 | 5-Mar | 18000 | 285 | 1FCNG80CXSVA72808 | P100D | FORD | 1995 |
| 118437 | RI | 29655 | 5-Mar | 18000 | 290 | 1FCNG80C1SVA72812 | P100D | FORD | 1995 |
| 130062 | RI | 30483 | 5-Mar | 20000 | 290 | 1HTMHABM9TH274628 | P120D | INTL | 1996 |
| 130805 | RI | 111719 | 5-Mar | 24000 | 280 | 1HTMJABK2VA017972 | P120D | INTL | 1997 |
| 131095 | RI | 28183 | 5-Mar | 23000 | 285 | 1HTMJABK8VA018270 | P120D | INTL | 1997 |
| 131639 | RI | 35609 | 5-Mar | 23500 | 285 | 1HTMHABM61A933044 | P120D | INTL | 2001 |
| 131668 | RI | 35818 | 5-Mar | 23500 | 290 | 1HTMHABM21A933073 | P120D | INTL | 2001 |
| 131712 | RI | 35906 | 5-Mar | 23000 | 290 | 1HTMHABM71A933117 | P120D | INTL | 2001 |
| 132147 | RI | 112961 | 5-Mar | 23500 | 280 | 1HTMHABM52A910131 | P120D | INTL | 2001 |
| 132163 | RI | 112982 | 5-Mar | 23500 | 285 | 1HTMHABM92A910147 | P120D | INTL | 2001 |

WARWICK RI VEHICLE INFORMATION
APRIL 2005

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 132596 | RI | 112973 | 5-Mar | 23500 | | 281 | 1HTMHABM62A939606 | P120D | INTL | 2001 |
| 132613 | RI | 112985 | 5-Mar | 23500 | | 290 | 1HTMHABM62A939623 | P120D | INTL | 2001 |
| 132897 | RI | 16351 | 6-Mar | 18000 | | 280 | 4KAMGAFM75A980818 | P120D | INTL | 2005 |
| 136246 | RI | 72773 | Mar-99 | 18000 | | 285 | 1HTMJABK6VA013763 | P100D | INTL | 1997 |
| 136403 | RI | 84252 | 5-Mar | 18000 | | 290 | 1HTMJABK8VA014414 | P100D | INTL | 1997 |
| 137198 | RI | 32716 | 5-Mar | 18000 | | 290 | 1HTMJABK9VA017113 | P100D | INTL | 1997 |
| 137229 | RI | 32713 | 5-Mar | 18000 | | 280 | 1HTMJABK6VA017151 | P100D | INTL | 1997 |
| 137235 | RI | 37835 | 5-Mar | 18000 | | 280 | 1HTMJABK9VA017161 | P100D | INTL | 1997 |
| 137259 | RI | 37840 | 5-Mar | 18000 | | 280 | 1HTMJABK7VA017417 | P100D | INTL | 1997 |
| 137275 | RI | 32715 | 5-Mar | 18000 | | 290 | 1HTMJABK5VA017397 | P100D | INTL | 1997 |
| 138065 | RI | 107272 | 5-Mar | 23500 | | 280 | 1HTMHABM01A938241 | P100D | INTL | 2001 |
| 138066 | RI | 37654 | 5-Mar | 23500 | | 285 | 1HTMHABM21A938242 | P100D | INTL | 2001 |
| 138080 | RI | 37648 | 5-Mar | 23500 | | 280 | 1HTMHABM21A938256 | P100D | INTL | 2001 |
| 138083 | RI | 35585 | 5-Mar | 23500 | | 280 | 1HTMHABM81A938259 | P100D | INTL | 2001 |
| 138131 | RI | 37666 | 5-Mar | 23500 | | 280 | 1HTMHABM41A938307 | P100D | INTL | 2001 |
| 138144 | RI | 107222 | 5-Mar | 23500 | | 290 | 1HTMHABM71A938320 | P100D | INTL | 2001 |
| 138176 | RI | 102111 | 5-Mar | 23500 | | 280 | 1HTMHABM91A938352 | P100D | INTL | 2001 |
| 138223 | RI | 107217 | 5-Mar | 23500 | | 285 | 1HTMHABM21A938399 | P100D | INTL | 2001 |
| 138241 | RI | 107270 | 5-Mar | 23500 | | 280 | 1HTMHABM01A938417 | P100D | INTL | 2001 |
| 138245 | RI | 37645 | 5-Mar | 23500 | | 281 | 1HTMHABM21A938421 | P100D | INTL | 2001 |
| 138762 | RI | 103595 | 5-Mar | 21440 | | 290 | 1HTMHABM81A939024 | P100D | INTL | 2001 |
| 138858 | RI | 123493 | 5-Mar | 21440 | | 281 | 1HTMHABM41A939120 | P100D | INTL | 2001 |
| 138868 | RI | 123489 | 5-Mar | 21440 | | 280 | 1HTMHABM71A939130 | P100D | INTL | 2001 |
| 138903 | RI | 103607 | 5-Mar | 21440 | | 281 | 1HTMHABM41A939165 | P100D | INTL | 2001 |
| 138920 | RI | 104046 | 5-Mar | 21440 | | 281 | 1HTMHABM41A939182 | P100D | INTL | 2001 |
| 139008 | RI | 106547 | 5-Mar | 21440 | | 281 | 1HTMHABM11A939270 | P100D | INTL | 2001 |
| 139035 | RI | 106550 | 5-Mar | 21440 | | 280 | 1HTMHABMX1A939297 | P100D | INTL | 2001 |
| 139664 | RI | 25033 | 6-Mar | 15000 | | 290 | 4KAMGAFM05A981728 | P100D | INTL | 2005 |
| 139667 | RI | 250790 | 6-Mar | 23500 | | 285 | 4KAMGAFM05A981731 | P100D | INTL | 2005 |
| 176347 | RI | 255374 | 5-Mar | 24000 | | 281 | 1FDNF80C4SVA68056 | VAND | FORD | 1995 |
| 176394 | RI | 31201 | 5-Mar | 24000 | | 285 | 1FDNF80C0SVA68099 | VAND | FORD | 1995 |
| 314646 | RI | 47680 | 5-Mar | 8000 | 8550 | 280 | 1FCHE29Y2SHC00679 | P32 | FORD | 1996 |
| 315011 | RI | 84250 | 5-Mar | 8000 | 8550 | 285 | 1FCHE2926VHA55923 | P32 | FORD | 1996 |
| 315348 | RI | 16182 | 5-Mar | 8000 | 8550 | 290 | 1FCHE2922VHA77224 | P32 | FORD | 1997 |
| 315430 | RI | 12125 | 5-Mar | 8000 | 8550 | 281 | 1FCHE2925VHA77296 | P32 | FORD | 1997 |
| 315598 | RI | 200083 | 5-Mar | 8000 | 8550 | 290 | 1FCHE29Y2THA45276 | P32 | FORD | 1996 |
| 315599 | RI | 212383 | 5-Mar | 8000 | 8550 | 281 | 1FCHE29Y4THA45277 | P32 | FORD | 1996 |
| 315600 | RI | 46111 | 5-Mar | 8000 | 8550 | 280 | 1FCHE29Y4THA45280 | P32 | FORD | 1996 |
| 316101 | RI | 29717 | 5-Mar | 8000 | 8550 | 290 | 1FCHE2923VHA77457 | P32 | FORD | 1997 |
| 320184 | RI | 37089 | 5-Mar | 8600 | 8600 | 280 | 1FCHE2922YHB62150 | P32 | FORD | 2001 |
| 470328 | RI | 204917 | 5-Mar | 8550 | 8550 | 285 | WD2YD742X35448473 | P47D | DCV | 2003 |
| 470665 | RI | 204884 | 5-Mar | 8550 | 8550 | 281 | WD2YD742435455502 | P47D | DCV | 2003 |
| 471295 | RI | 204369 | 5-Mar | 8550 | 8550 | 281 | WD2YD742435469092 | P47D | DCV | 2003 |
| 471614 | RI | 210212 | 5-Mar | 8550 | 8550 | 281 | WD2YD742935479410 | P47D | DCV | 2003 |
| 471680 | RI | 210567 | 5-Mar | 8550 | 8550 | 285 | WD2YD742235476106 | P47D | DCV | 2003 |
| 471799 | RI | 210568 | 5-Mar | 8550 | 8550 | 285 | WD2YD742235482102 | P47D | DCV | 2003 |
| 500273 | RI | 143478 | 5-Mar | 9000 | 11,340 | 285 | 1GDB4T1T0EV536010 | P50 | GMC | 1984 |
| 500801 | RI | 67929 | 5-Mar | 9000 | 11,340 | 280 | 1GDB4T1T5EV547276 | P50 | GMC | 1984 |
| 500802 | RI | 61839 | 5-Mar | 9000 | 11,340 | 285 | 1GDB4T1T0EV534757 | P50 | GMC | 1984 |
| 501214 | RI | 77631 | 5-Mar | 9000 | 11,020 | 280 | 1GDB4T1T2EV552337 | P50 | GMC | 1984 |
| 501717 | RI | 134905 | 5-Mar | 9000 | 11,340 | 280 | 1GDB4T1T9FV501824 | P50 | GMC | 1984 |
| 502423 | RI | 134899 | 5-Mar | 9000 | 11,340 | 281 | 1GDG4T1TZEV543648 | P50 | GMC | 1984 |

WARWICK RI VEHICLE INFORMATION
APRIL 2005

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 570103 | RI | 16018 | 6-Mar | 10200 | 10,200 | 285 | WD1PD944X55732220 | P57D | DCV | 2005 |
| 650207 | RI | 23297 | 5-Mar | 14000 | | 281 | 4CDM43E22S2108563 | P70D | FRGHT | 1995 |
| 650254 | RI | 255697 | 5-Mar | 16000 | | 281 | 4CDM43E27S2108686 | P70D | FRGHT | 1995 |
| 650383 | RI | 254186 | 5-Mar | 16000 | | 290 | 4UZM43E23S2108892 | P70D | FRGHT | 1995 |
| 650496 | RI | 29631 | 5-Mar | 14000 | | 281 | 4UZM43E22S2109001 | P70D | FRGHT | 1995 |
| 650568 | RI | 31199 | 5-Mar | 14000 | | 280 | 4UZM43E2552109154 | P70D | FRGHT | 1996 |
| 650650 | RI | 31051 | 5-Mar | 14000 | | 3 | 4UZM43E29T2109272 | SAFTY | FRGHT | 1996 |
| 650835 | RI | 255197 | 5-Mar | 16000 | | 280 | 4UZM43E25T2109415 | P70D | FRGHT | 1995 |
| 651177 | RI | 27889 | 5-Mar | 14000 | | 280 | 4UZM44E24T2110075 | P70D | FRGHT | 1996 |
| 651476 | RI | 27646 | 5-Mar | 14000 | | 281 | 4UZM44E29T2109973 | P70D | FRGHT | 1996 |
| 651477 | RI | 27651 | 5-Mar | 14000 | | 280 | 4UZM44E24T2109895 | P70D | FRGHT | 1996 |
| 652458 | RI | 256662 | 5-Mar | 15000 | | 281 | 4UZA4FF45VC766488 | P70D | FRGHT | 1997 |
| 653355 | RI | 52409 | 5-Mar | 16000 | | 281 | 1HTMJABK5TA010995 | P70D | INTL | 1996 |
| 653356 | RI | 52432 | 5-Mar | 16000 | | 281 | 1HTMJABK4TA011135 | P70D | INTL | 1996 |
| 653357 | RI | 52437 | 5-Mar | 16000 | | 280 | 1HTMJABK5TA011063 | P70D | INTL | 1996 |
| 653694 | RI | 53838 | 5-Mar | 16000 | | 280 | 1HTMJABKXTA011754 | P70D | INTL | 1996 |
| 653695 | RI | 53835 | 5-Mar | 16000 | | 290 | 1HTMJABK4TA011748 | P70D | INTL | 1996 |
| 653696 | RI | 53834 | 5-Mar | 16000 | | 281 | 1HTMJABK5TA011757 | P70D | INTL | 1996 |
| 654070 | RI | 103478 | 5-Mar | 16000 | | 280 | 1HTMJABK9TA012295 | P70D | INTL | 1996 |
| 654071 | RI | 80919 | 5-Mar | 16000 | | 280 | 1HTMJABK0TA012332 | P70D | INTL | 1996 |
| 654072 | RI | 80879 | 5-Mar | 16000 | | 290 | 1HTMJABK1TA012324 | P70D | INTL | 1996 |
| 654073 | RI | 80877 | 5-Mar | 16000 | | 285 | 1HTMJABK4TA012320 | P70D | INTL | 1996 |
| 654075 | RI | 103480 | 5-Mar | 16000 | | 281 | 1HTMJABK9TA012328 | P70D | INTL | 1996 |
| 655835 | RI | 103479 | 5-Mar | 16000 | | 280 | 1HTMJABK2TA013322 | P70D | INTL | 1996 |
| 655839 | RI | 80878 | 5-Mar | 16000 | | 285 | 1HTMJABK3TA013216 | P70D | INTL | 1996 |
| 656359 | RI | 72676 | 5-Mar | 16000 | | 290 | 1HTMJABK8VA013926 | P70D | INTL | 1997 |
| 656360 | RI | 72674 | 5-Mar | 16000 | | 280 | 1HTMJABK1VA013959 | P70D | INTL | 1997 |
| 656361 | RI | 200026 | 5-Mar | 16000 | | 280 | 1HTMJABK6VA013939 | P70D | INTL | 1997 |
| 656362 | RI | 72671 | 5-Mar | 16000 | | 280 | 1HTMJABKXVA013958 | P70D | INTL | 1997 |
| 656363 | RI | 72669 | 5-Mar | 16000 | | 290 | 1HTMJABK0VA013869 | P70D | INTL | 1997 |
| 656364 | RI | 72664 | 5-Mar | 16000 | | 285 | 1HTMJABK7VA013870 | P70D | INTL | 1997 |
| 656620 | RI | 201845 | 5-Mar | 16000 | | 285 | 1HTMJABK5VA014595 | P70D | INTL | 1997 |
| 656943 | RI | 80990 | 5-Mar | 16000 | | 281 | 1HTMJABK5VA014645 | P70D | INTL | 1997 |
| 656944 | RI | 71945 | 5-Mar | 16000 | | 281 | 1HTMJABKXVA014849 | P70D | INTL | 1997 |
| 657143 | RI | 15896 | 5-Mar | 16000 | | 290 | 1HTMJABKXVA015029 | P70D | INTL | 1997 |
| 657204 | RI | 23359 | 5-Mar | 16000 | | 290 | 1HTMJABK2VA015042 | P70D | INTL | 1997 |
| 657205 | RI | 23356 | 5-Mar | 16000 | | 285 | 1HTMJABK2VA015154 | P70D | INTL | 1997 |
| 657206 | RI | 16138 | 5-Mar | 16000 | | 281 | 1HTMJABK7VA015148 | P70D | INTL | 1997 |
| 657391 | RI | 23218 | 5-Mar | 16000 | | 281 | 1HTMJABK7VA015313 | P70D | INTL | 1997 |
| 657392 | RI | 23215 | 5-Mar | 16000 | | 280 | 1HTMJABK2VA015316 | P70D | INTL | 1997 |
| 657762 | RI | 38121 | 5-Mar | 16000 | | 280 | 1HTMJABK3VA015695 | P70D | INTL | 1997 |
| 657855 | RI | 28240 | 5-Mar | 16000 | | 290 | 1HTMJABK6VA015805 | P70D | INTL | 1997 |
| 657856 | RI | 28170 | 5-Mar | 16000 | | 285 | 1HTMJABKXVA015774 | P70D | INTL | 1997 |
| 657857 | RI | 28232 | 5-Mar | 16000 | | 280 | 1HTMJABK7VA015781 | P70D | INTL | 1997 |
| 657858 | RI | 28242 | 5-Mar | 16000 | | 280 | 1HTMJABK6VA015772 | P70D | INTL | 1997 |
| 657859 | RI | 36068 | 5-Mar | 16000 | | 281 | 1HTMJABK1VA015789 | P70D | INTL | 1997 |
| 657860 | RI | 28241 | 5-Mar | 16000 | | 281 | 1HTMJABK8VA015790 | P70D | INTL | 1997 |
| 658089 | RI | 28188 | 5-Mar | 16000 | | 280 | 1HTMJABK8VA016020 | P70D | INTL | 1997 |
| 658090 | RI | 36414 | 5-Mar | 16000 | | 280 | 1HTMJABK0VA015993 | P70D | INTL | 1997 |
| 658091 | RI | 28187 | 5-Mar | 16000 | | 280 | 1HTMJABK0VA016013 | P70D | INTL | 1997 |
| 658092 | RI | 28526 | 5-Mar | 16000 | | 281 | 1HTMJABKXVA015998 | P70D | INTL | 1997 |
| 658093 | RI | 28193 | 5-Mar | 16000 | | 285 | 1HTMJABK2VA016000 | P70D | INTL | 1997 |

WARWICK RI VEHICLE INFORMATION
APRIL 2005

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 658094 | RI | 28197 | 5-Mar | 16000 | 281 1HTMJABK3VA016006 | P70D | INTL | 1997 |
| 658095 | RI | 28186 | 5-Mar | 16000 | 281 1HTMJABK8VA016003 | P70D | INTL | 1997 |
| 659365 | RI | 35910 | 5-Mar | 15500 | 285 4UZAA5BW01CH65062 | P70D | FRGHT | 2001 |
| 659373 | RI | 41730 | 5-Mar | 16000 | 281 4UZAA5BWX1CH65070 | P70D | FRGHT | 2001 |
| 659383 | RI | 35908 | 5-Mar | 15500 | 281 4UZAA5BW21CH65080 | P70D | FRGHT | 2001 |
| 800063 | RI | 85272 | 5-Mar | 16000 | 290 1GDG4T1T3FV508449 | P80 | GMC | 1985 |
| 800199 | RI | 19839 | 5-Mar | 16000 | 281 1GDG4T1TXFV506892 | P80 | GMC | 1984 |
| 800271 | RI | 50202 | 5-Mar | 16000 | 280 1GDG4T1T8FV512996 | P80 | GMC | 1985 |
| 800294 | RI | 89476 | 5-Mar | 16000 | 281 1GDG4T1T0FV510790 | P80 | GMC | 1985 |
| 800295 | RI | 89496 | 5-Mar | 16000 | 281 1GDG4T1T3FV513005 | P80 | GMC | 1985 |
| 800464 | RI | 98467 | 5-Mar | 16000 | 285 1GDG4T1TXFV514054 | P80 | GMC | 1985 |
| 800465 | RI | 98468 | 5-Mar | 16000 | 281 1GDG4T1T6FV513869 | P80 | GMC | 1985 |
| 800525 | RI | 17351 | 5-Mar | 16000 | 281 1GDG4T1TXFV514863 | P80 | GMC | 1985 |
| 800800 | RI | 73932 | 5-Mar | 16000 | 290 1GDG4T1T6FV507456 | P80 | GMC | 1985 |
| 800844 | RI | 34857 | 5-Mar | 16000 | 280 1GDG4T1T2FV507695 | P80 | GMC | 1985 |
| 800845 | RI | 34865 | 5-Mar | 16000 | 290 1GDG4T1T0FV507680 | P80 | GMC | 1985 |
| 800846 | RI | 34836 | 5-Mar | 16000 | 280 1GDG4T1T0FV507707 | P80 | GMC | 1985 |
| 800849 | RI | 34850 | 5-Mar | 16000 | 285 1GDG4T1T1FV600210 | P80 | GMC | 1985 |
| 800976 | RI | 57992 | 5-Mar | 16000 | 285 1GDG4T1T8FV515249 | P80 | GMC | 1985 |
| 801236 | RI | 64966 | 5-Mar | 16000 | 290 1GDG4T1T0FV615359 | P80 | GMC | 1985 |
| 801237 | RI | 95262 | 5-Mar | 16000 | 290 1GDG4T1T2FV615265 | P80 | GMC | 1985 |
| 802944 | RI | 122435 | 5-Mar | 16000 | 280 1GDG4T1T24V503035 | P80 | GMC | 1987 |
| 802945 | RI | 122436 | 5-Mar | 16000 | 285 1GDG4T1TXHV503025 | P80 | GMC | 1987 |
| 803134 | RI | 126712 | 5-Mar | 16000 | 281 1GDG4T1T3HV531605 | P80 | GMC | 1987 |
| 803135 | RI | 126436 | 5-Mar | 16000 | 285 1GDG4T1T3HV532012 | P80 | GMC | 1987 |
| 803189 | RI | 128726 | 5-Mar | 16000 | 290 1GDG4T1T4HV532553 | P80 | GMC | 1987 |
| 803190 | RI | 128713 | 5-Mar | 16000 | 285 1GDG4T1T8HV531955 | P80 | GMC | 1987 |
| 803242 | RI | 128712 | 5-Mar | 16000 | 281 1GDG4T1TXHV533013 | P80 | GMC | 1987 |
| 803245 | RI | 128703 | 5-Mar | 16000 | 290 1GDG4T1T1HV533031 | P80 | GMC | 1987 |
| 803587 | RI | 132761 | 5-Mar | 16000 | 285 1GDG4T1TXHV532623 | P80 | GMC | 1987 |
| 803620 | RI | 132523 | 5-Mar | 16000 | 281 1GDG4T1T8HV535682 | P80 | GMC | 1987 |
| 803621 | RI | 133161 | 5-Mar | 16000 | 285 1GDG4T1T2HV535659 | P80 | GMC | 1987 |
| 803816 | RI | 65315 | 5-Mar | 16000 | 281 1GDG4T1T6HV528049 | P80 | GMC | 1987 |
| 804029 | RI | 86361 | 5-Mar | 16000 | 285 1GDG4T1T8HV529476 | P80 | GMC | 1987 |
| 804884 | RI | 139358 | 5-Mar | 16000 | 281 1GDG4T1T9JV502275 | P80 | GMC | 1988 |
| 804885 | RI | 138971 | 5-Mar | 16000 | 281 1GDG4T1T0JV502438 | P80 | GMC | 1988 |
| 804886 | RI | 138984 | 5-Mar | 16000 | 280 1GDG4T1T6JV502024 | P80 | GMC | 1988 |
| 804887 | RI | 139356 | 5-Mar | 16000 | 280 1GDG4T1TXJV502494 | P80 | GMC | 1988 |
| 805567 | RI | 48796 | 5-Mar | 16000 | 281 1GDG4T1T8JV530181 | P80 | GMC | 1988 |
| 805569 | RI | 46416 | 5-Mar | 16000 | 285 1GDG4T1T6JV530194 | P80 | GMC | 1988 |
| 805571 | RI | 160706 | 5-Mar | 16000 | 281 1GDG4T1T7JV530138 | P80 | GMC | 1988 |
| 805572 | RI | 160704 | 5-Mar | 16000 | 285 1GDG4T1T8JV530049 | P80 | GMC | 1988 |
| 809735 | RI | 130361 | 5-Mar | 16000 | 280 1GDG4T1Z7LV513122 | P80 | GMC | 1990 |
| 809736 | RI | 120463 | 5-Mar | 16000 | 290 1GDG4T1Z9LV513347 | P80 | GMC | 1990 |
| 809737 | RI | 12738 | 5-Mar | 16000 | 285 1GDG4T1ZXLV513213 | P80 | GMC | 1990 |
| 809738 | RI | 130365 | 5-Mar | 16000 | 290 1GDG4T1Z3LV513313 | P80 | GMC | 1990 |
| 809739 | RI | 120859 | 5-Mar | 16000 | 290 1GDG4T1Z9LV513347 | P80 | GMC | 1990 |
| 809740 | RI | 124543 | 5-Mar | 16000 | 290 1GDG4T1ZXLV513521 | P80 | GMC | 1990 |
| 809788 | RI | 124474 | 5-Mar | 16000 | 281 1GDG4T1ZXLV513664 | P80 | GMC | 1990 |
| 809789 | RI | 120467 | 5-Mar | 16000 | 285 1GDG4T1Z6LV513662 | P80 | GMC | 1990 |
| 109364 | MA | 969291 | 4-Dec | 20000 | 280 1FDXR82A9LVA06004 | VAND | FORD | 1990 |
| 177246 | MA | J30363 | 4-Dec | 26000 | 280 1HTSCABM22H513067 | VAND | INTL | 2002 |

WARWICK RI VEHICLE INFORMATION
APRIL 2005

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 57947 | MA | 285644 | 4-Dec | 16000 | | 281 | P60GVC091278 | P80 | FORD | 1976 |
| 109093 | MA | J87254 | 4-Dec | 20000 | | 281 | 1HTLDUXP4HH910044 | VAND | INTL | 1987 |
| 315596 | MA | F13826 | 4-Dec | 8000 | 8550 | 281 | 1FCHE29YTHA45272 | P32 | FORD | 1996 |
| 44423 | MA | 288640 | 4-Dec | 16000 | | 285 | P50BVT069179 | P80 | FORD | 1974 |
| 107500 | MA | E42055 | 4-Dec | 23000 | | 285 | 1HTSCABM6SH663487 | VAND | INTL | 1995 |
| 59395 | MA | 299014 | 4-Dec | 16000 | | 290 | P60GVX085985 | P80 | FORD | 1977 |
| 500510 | MA | 286164 | 4-Dec | 11000 | | 290 | 1GDB4T1T9EV540542 | P50 | GMC | 1984 |
| 503206 | MA | 354225 | 4-Dec | 11000 | | 290 | 1GDB4T1T2FV517170 | P50 | GMC | 1985 |
| 801719 | MA | 286545 | 4-Dec | 16000 | | 290 | 1GDG4T1T4FV628650 | P80 | GMC | 1985 |
| Total | | | | | | | | | | |
| 265 | | | | | | | | | | |

**United Parcel Service**
**East New England District**
***Annual Bid - 2004***

**Local 251** *Page 2 Of 2*

**Providence Metro Center Number : 0290** **21-Jan-04**

| Route Number | Job Classification | Start Time | Job Description | Presently Held By | Seniority Date | Filled By Name | Seniority Date | Bid Move |
|---|---|---|---|---|---|---|---|---|
| 336 | Pkg. Driver | 8:30 | Providence - Elmwood | K. Woodbury | 05/10/94 | D.Mann | 06/07/99 | Yes |
| 337 | Pkg. Driver | 8:30 | Providence - Dexter | D. Mellor | 10/20/83 | M.Johnson | 09/01/99 | Yes |
| 338 | Pkg. Driver | 8:30 | Providence - High Broad St. | C. Sanders | 10/19/98 | C. Sanders | 10/19/98 | Yes |
| 339 | Pkg. Driver | 8:30 | Providence - Low Broad St. | Palumbo | 01/24/94 | Palumbo | 01/24/94 | |
| 340 | Pkg. Driver | 8:30 | Providence - Eddy St. | J. McGowan | 10/19/98 | K.Woodbury | 05/10/94 | Yes |
| 341 | Pkg. Driver | 8:30 | Providence - Shipyard | B. Carr | 01/24/94 | B. Carr | 01/24/94 | |
| 342 | Pkg. Driver | 8:30 | Providence Place Mall | A. Torigian | 05/15/89 | M. Delvecchio | 11/07/89 | Yes |
| 343 | Pkg. Driver | 8:30 | Providence Place Mall 2 / Cover | M. Delvecchio | 11/07/89 | P. Baril | 01/24/90 | Yes |
| 344 | Pkg. Driver | 8:35 | East Side / Cover | Mazzulla | 09/01/00 | O. Dooley | 09/01/00 | |
| 345 | Pkg. Driver | 8:35 | Metro Cover | M. Johnson | 09/01/99 | R. Siefert | 09/01/00 | |
| 346 | Pkg. Driver | 8:35 | Davol Square / Cover | D. Mann | 06/07/99 | Mazzulla | 09/01/00 | |
| 347 | Pkg. Driver | 8:35 | Chaulkstone / Smith St / Cover | T. Arnold | 07/10/01 | T. Arnold | 07/10/01 | |
| 348 | Pkg. Driver | 8:35 | East Providence / Cover | L. Duarte | 01/29/01 | L. Duarte | 01/29/01 | |
| 349 | Pkg. Driver | 8:35 | Metro Cover | D. Disano | 09/01/99 | L. Romano | 02/08/01 | |
| 350 | Pkg. Driver | 8:35 | Metro Cover | J. Maclean | 09/01/00 | G. McKenzie | 02/15/01 | |
| 351 | Pkg. Driver | 8:35 | Metro Cover | O. Dooley | 09/01/00 | J. Fortes | 05/21/01 | |
| 352 | Pkg. Driver | 8:35 | Metro Cover | R. Siefert | 09/01/00 | J Nelson | 09/04/01 | |
| 353 | Pkg. Driver | 8:35 | Metro Cover | R.Adams | 02/15/01 | Ogle | 07/10/01 | |
| 354 | Pkg. Driver | 8:35 | Metro Cover | L. Romano | 02/08/01 | M.Medici | 06/11/01 | |
| 355 | Pkg. Driver | 8:35 | Metro Cover | G. McKenzie | 02/15/01 | R.Adams | 02/15/01 | |
| 356 | Pkg. Driver | 8:35 | Metro Cover | J. Fortes | 05/21/01 | Mooney, D | 11/27/02 | |
| 357 | Pkg. Driver | 8:35 | Metro Cover | J Nelson | 09/04/01 | Sharpe,R | | Yes |
| 358 | Pkg. Driver | 8:35 | Metro Cover | Ogle | 07/10/01 | L.Clarke | | |
| 363 | Pkg. Driver | 14:30 | High Value-PM/ Hub W.A.D. | F. Medeiros | 06/22/70 | F. Medeiros | 06/22/70 | |

**All bidders must be properly licensed
Bidders on Tractor Trailor Jobs must be TTQ - Tractor Trailer Qualified.

UPS 00373

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Anthony D. Izzi | : | |
| | : | |
| VS. | : | C.A. NO.: 04-321T |
| | : | |
| UPS, Inc. | : | |

DEPOSITION OF KEVIN REDDY, a Witness for the above-entitled cause, taken on behalf of the Plaintiff, before Elizabeth Greeley, Notary Public, in and for the State of Rhode Island, at the office of Cobleigh and Giacobbe, 70 Jefferson Boulevard, Warwick, Rhode Island, on February 2, 2005 at 1:00 P.M.

PRESENT:

FOR THE PLAINTIFF.......LAW OFFICE OF PATRICIA ANDREWS
BY: CARLY IAFRATE, ESQUIRE

FOR THE DEFENDANT.......MURTHA CULLINA LLP
BY: HUGH MURRAY, ESQUIRE

FOR THE TEAMSTERS.......GURSKY LAW ASSOCIATES
BY: MARK GURSKY, ESQUIRE

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RI 02920
401-946-5500

is. I have an idea, but I do not know what the accommodation was.

Q. What is your idea?

A. It's speculation, so I'm not -- it's not --

MS. IAFRATE: You can speculate for a deposition.

THE WITNESS: I don't want to speculate, though.

MS. IAFRATE: I want you to.

THE WITNESS: I'm not going to.

Q. Are you refusing to answer the question?

A. I'm refusing to answer the question.

MS. IAFRATE: Is that okay with you?

MR. GURSKY: Everything is okay with me. Why don't I talk to you about it, though, because I'm not clear on what the issue is. Can we talk for a minute?

(OFF THE RECORD)

MR. GURSKY: This was, what was the fellow's name?

MS. IAFRATE: Jim Whittaker.

MR. GURSKY: Would you start again with regard to Mr. Whittaker?

Q. Okay. I asked if you remembered him?

A. Yes, I do.

Q. You said that he had an accommodation?
A. Yes, he did.
Q. You said that you had an idea in your head what it was, but you weren't sure?
A. Something to do with a serious back injury.
Q. Okay. So he had a serious back injury, and what was the accommodation that they did for him?
A. It was strange. He had a night job. He used to deliver air to Logan Airport.
Q. Do you know what his rate of pay was?
A. It was less than the package car rate of pay. I was involved in that. We did negotiate with the company per the contract, because they don't have to pay the going rate when they make an accommodation. I would be lying to say that it was a couple of dollars less at the time than what a package car rate was. I don't know what it was, though.
Q. Would that be more than what somebody who had a full-time regular inside job makes?
A. Not those 13 jobs I told you about.
Q. No, just your Anthony Izzi job?
A. Well, when he had that, when he got that we didn't have those Anthony Izzi jobs. We didn't have those 22.3 jobs. Mr. Whittaker is no longer alive.
Q. No, I know that. What about the other people

that work inside, not the Izzi 22.3 job, but a regular inside job, was Jim Whittaker making more than those people?

A. No, he was making less. Those inside jobs make more than a driver.

Q. Which jobs are we talking about inside?

A. Those 13 inside jobs, not the Anthony Izzi jobs. The car wash job, they get paid more than a driver.

Q. There's the car wash jobs inside; there's the Anthony Izzi 22.3 jobs; are there other jobs?

A. All there is is part-time jobs.

Q. Did Jim Whittaker make more than what a part-time person would make per hour?

A. Depends on seniority. We have 1,500 rates of pay there.

Q. You may have already answered this one. I only have a couple left. Who in the Warwick building or buildings would have the most knowledge about which vehicles are assigned to which routes?

A. I would imagine the division manager would have the list of what cars. I never see it. Like I said, I'm there a lot. I never actually see it, so I don't know.

Q. That person's name is?