**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY D. IZZI,** | : | |
| **Plaintiff,** | : | **C.A. No. 04-321T** |
| **v.** | : | |
| **UNITED PARCEL SERVICE, INC., Defendant.** | : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFEDANT UPS'S REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT OR IN THE ALTERNATIVE, FILE ADDITIONAL EXHIBITS**

Now comes the Plaintiff, Anthony Izzi ("Plaintiff"), and hereby moves this Court for permission to file a brief (five pages or less), in response to UPS's Reply to Plaintiff's Objection to Summary Judgment. Plaintiff has a few brief points to make in response to this reply that are material to the Court's decision.

For example, UPS argues that there is no evidence that cover driver Frank Medeiros drove a small vehicle in 2005. This is totally incredible since UPS produced pages of documents reflecting the frequency of Medeiros driving a small vehicle in 2005 (during the time that he has been a cover driver). This point was not disputed by UPS in its main brief. Plaintiff should have an opportunity to refute this contention, and produce the relevant documents.

In the alternative, Plaintiff requests the opportunity to file additional exhibits to refute UPS's claims.

Accordingly, Plaintiff respectfully requests that this motion be granted.

Plaintiff,
By his Attorneys,

Gerard P. Cobleigh, #0232
70 Jefferson Boulevard
Warwick, RI 02888
(401) 941-5900
(401) 461-4107 (fax)

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax) Plaintiff,

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail to Lori Caron Silveira, Esq., Tillinghast, Licht, Perkins, Smith & Cohen, 10 Weybosset Street, Providence, RI 02903, Laurie Alexander-Krom, Esq., Murtha Cullina, LLP, 99 High Street, Boston, MA 02110 and Hugh F. Murray, III, Esq., Murtha Cullina LLP, City Place I, 185 Asylum St., 29th Floor, Hartford, CT 06103-3469 on the 23rd day of August 2005.