# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# *NOTICE*

*ANTHONY IZZI*

*v.* *CA04-321T*

*UNITED PARCEL SERVICE, INC.*

*PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND*

***TYPE OF PROCEEDING:***

United Parcel Service's Motion for Summary Judgment

***PLACE:*** *U.S. District Court*
*Courtroom A - Room 224*
*John O. Pastore Federal Building*
*Two Exchange Terrace*
*Providence, RI 02903*

***DATE:*** *SEPTEMBER 23, 2005*

***TIME:*** *10:00 A.M.*

*David A. DiMarzio, Clerk of Court*

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: August 31, 2005

**NOTICE SENT TO:** **ALEXANDER-KROM, COBLEIGH, IAFRATE, MURRAY, RICHARD, SILVEIRA**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.