UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA04-321T** **DATE: September 23, 2005**

**TITLE: Anthony Izzi v. UPS**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Carly Iafrate, Esq.
Gerard Cobleigh, Esq.
Laurie Alexander-Krom, Esq.
Lori Silveira, Esq.
Hugh Murray, Esq.

**PROCEEDING:** United Parcel Service's Motion for Summary Judgment

Attorneys argue.

**RULING:**

Court takes under advisement.
R&R to follow.