**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **ANTHONY D. IZZI,**<br>**Plaintiff,**<br>**v.**<br>**UNITED PARCEL SERVICE, INC.,**<br>**Defendant.** | **C.A. No. 04-321T** |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT FOR PRE-TRIAL MEMORANDUM**

Now comes the Plaintiff, Anthony Izzi ("Plaintiff"), and hereby moves this Court for permission to file a pre-trial memorandum of thirty (30) pages. In support of this request, Plaintiff avers that it is reasonably necessary for him to have thirty pages in order to present all of the information required by the Court.

Accordingly, Plaintiff respectfully requests that this motion be granted.

Plaintiff,
By his Attorney,

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail to Lori Caron Silveira, Esq., Tillinghast, Licht, Perkins, Smith & Cohen, 10 Weybosset Street, Providence, RI 02903, Laurie Alexander-Krom, Esq., Murtha Cullina, LLP, 99 High Street, Boston, MA 02110 and Hugh F. Murray, III, Esq., Murtha Cullina LLP, City Place I, 185 Asylum St., 29th Floor, Hartford, CT 06103-3469 on the 21st day of November 2005.