UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ANTHONY D. IZZI

        v.                            CA No. 04-321-T

UNITED PARCEL SERVICE, INC.

### ORDER GRANTING, IN PART, AND DENYING, IN PART, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant's motion for summary judgment (Document 43) is hereby GRANTED as to Counts 4, 5, 6 and 8 and DENIED as to the remaining Counts 1, 2, 3, 7 and 9.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Jones
Ernest C. Torres
Chief Judge

Date: February 2, 2006