UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ANTHONY D. IZZI

v. CA No. 04-321-T

UNITED PARCEL SERVICE, INC.

**ORDER GRANTING, IN PART, AND DENYING, IN PART, DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant's motion for summary judgment (Document 43) is hereby GRANTED as to Counts 4, 5, 6 and 8 and DENIED as to the remaining Counts 1, 2, 3, 7 and 9.

By Order

Lucia Cristina Lyon

Deputy Clerk

ENTER:

Ernest C. Torres

Ernest C. Torres
Chief Judge

Date: February 2, 2006