**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY D. IZZI,** | : | |
| **Plaintiff,** | : | **C.A. No. 04-321T** |
| **v.** | : | |
| **UNITED PARCEL SERVICE, INC., Defendant.** | : | |

**PLAINTIFF'S MOTION FOR CONTINUANCE**

Now comes the Plaintiff, Anthony Izzi ("Plaintiff"), and hereby moves this Court to continue the jury impanelment and trial in this case to the April 2006 calendar. Plaintiff's counsel received official notice today that this matter is scheduled for jury impanelment on March 21, 2006 and for trial at any time thereafter with 24 hours notice. One of Plaintiff's attorneys, Attorney Iafrate, is court-excused for purposes of a pre-paid, out-of-state vacation, from March 15 to March 29, 2006. See Exhibit A. Plaintiff respectfully requests that the matter be continued, so that Attorney Iafrate can be present at the impanelment and have sufficient time to prepare for trial after returning on March 29. Attorney Iafrate has handled this case since its inception, including taking all depositions and conducting all discovery. She will be handling the majority of the trial preparation and the trial itself. Pursuant to Local Rule 39.2, this request is being made far enough in advance so as not to create a

hardship to the parties, and does not appear to interfere with the efficient conduct of the Court's business. Furthermore, the Defendant, UPS, Inc., has no objection to this request.

Accordingly, Plaintiff respectfully requests that this motion be granted and that the matter be assigned for jury impanelment and trial in April 2006.

Plaintiff,
By his Attorney,

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

## CERTIFICATION

I hereby certify that a copy of the within document has been sent by first-class mail to Lori Caron Silveira, Esq., Tillinghast, Licht, Perkins, Smith & Cohen, 10 Weybosset Street, Providence, RI 02903, Laurie Alexander-Krom, Esq., Murtha Cullina, LLP, 99 High Street, Boston, MA 02110 and Hugh F. Murray, III, Esq., Murtha Cullina LLP, City Place I, 185 Asylum St., 29th Floor, Hartford, CT 06103-3469 on the 28th day of February 2006.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
Property of U.S. District Court
District of Rhode Island

**TO:** **THE HONORABLE ERNEST C. TORRES**
**CHIEF JUDGE, DISTRICT COURT**

**IN RE:** **CARLY BEAUVAIS IAFRATE, #6343**

**PETITION FOR EXCUSAL**

Now comes the Petitioner, Carly Beauvais Iafrate, Esq., a practicing member of the Bar of the United States District Court of the District of Rhode Island, and hereby moves this Honorable Court for an Order excusing her from attendance at the Court Calendar on the following dates:

***March 15, 2006 up to and including March 29, 2006***

As grounds therefore, Petitioner states that she is requesting this period of time for vacation. Petitioner has the following matters pending before this Court: Please see ***"Exhibit A"*** attached hereto.

Respectfully submitted,

[signature]

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

ENTERED: ______________________

Chief Judge Ernest C. Torres

DATED: ______________________

OK WES

OK RRL

OK MML

PER ORDER: ______________________

Clerk

DATED: ______________________

GRANTED except as to any emergency matters that may occur during the period of the excuse.

Ernest C. Torres, Chief, U.S. District Judge
Date: 11/21/05 By [signature]

**EXHIBIT A**

*1. Tassone v. City of Providence, C.A. No. 03-481 ML*

Sara Rapport, Esq.
City of Providence
Department of Law
275 Westminster St., Suite 200
Providence, RI 02903

*2. Petrarca v. Southern Union Co., C.A. 04-310S*
*Horn v. Southern Union Co., C.A. 04-434S*

Neal J. McNamara, Esq.
Robert Crohan, Esq.
Holland & Knight
One Financial Plaza
Suite 1800
Providence, RI 02903

*3. Izzi v. UPS, Inc., C.A. No. 04-321T*

Lori Caron Silveira, Esq.
Tillinghast, Licht, LLP
10 Weybosset Street
Providence, RI 02903

Hugh F. Murray, Esq.
Murtha Cullina, LLP
City Place I
185 Asylum St., 29th Floor
Hartford, CT 06103-3469

Laurie Alexander-Krom, Esq.
Murtha Cullina, LLP
99 High Street
Boston, MA 02110

**CERTIFICATION**

I hereby certify that on the 7th day of November 2005, a copy of the within Petition for Excusal was mailed via first-class mail, postage pre-paid to the above-referenced counsel of record.

____________________________