**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
MAR 01 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ANTHONY D. IZZI,**

**Plaintiff,**

**v.** **C.A. No. 04-321T**

**UNITED PARCEL SERVICE, INC.,**
**Defendant.**

## PLAINTIFF'S MOTION FOR CONTINUANCE

Now comes the Plaintiff, Anthony Izzi ("Plaintiff"), and hereby moves this Court to continue the jury impanelment and trial in this case to the April 2006 calendar. Plaintiff's counsel received official notice today that this matter is scheduled for jury impanelment on March 21, 2006 and for trial at any time thereafter with 24 hours notice. One of Plaintiff's attorneys, Attorney Iafrate, is court-excused for purposes of a pre-paid, out-of-state vacation, from March 15 to March 29, 2006. See Exhibit A. Plaintiff respectfully requests that the matter be continued, so that Attorney Iafrate can be present at the impanelment and have sufficient time to prepare for trial after returning on March 29. Attorney Iafrate has handled this case since its inception, including taking all depositions and conducting all discovery. She will be handling the majority of the trial preparation and the trial itself. Pursuant to Local Rule 39.2, this request is being made far enough in advance so as not to create a

hardship to the parties, and does not appear to interfere with the efficient conduct of the Court's business. Furthermore, the Defendant, UPS, Inc., has no objection to this request.

Accordingly, Plaintiff respectfully requests that this motion be granted and that the matter be assigned for jury impanelment and trial in April 2006.

Plaintiff,
By his Attorney,

GRANTED
Ernest C. Torres
Chief, US District Judge
3/10/2006

Carly Beauvais Iafrate, #6343
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966
(401) 351-4802 (fax)

**CERTIFICATION**

I hereby certify that a copy of the within document has been sent by first-class mail to Lori Caron Silveira, Esq., Tillinghast, Licht, Perkins, Smith & Cohen, 10 Weybosset Street, Providence, RI 02903, Laurie Alexander-Krom, Esq., Murtha Cullina, LLP, 99 High Street, Boston, MA 02110 and Hugh F. Murray, III, Esq., Murtha Cullina LLP, City Place I, 185 Asylum St., 29th Floor, Hartford, CT 06103-3469 on the 28th day of February 2006.