UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ANTHONY D. IZZI,
Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,
Defendant.

C.A. No. 04-321T

**STIPULATION OF DISMISSAL WITH PREJUDICE**

By agreement of the parties, the above-captioned action, including any and all claims that were or could have been asserted therein, may be and is hereby dismissed with prejudice, no interest, costs or attorney's fees. All appeals are waived.

Plaintiff,
By his Attorney,

Carly Beauvais Iafrate, #6343
129 Dyer Street
Providence, RI 02903
(401) 421-0966
(401) 421-0964 (fax)

Defendant, UPS, Inc.,
By its Attorneys,

Hugh Murray lcs
Laurie Alexander-Krom lcs

Hugh Murray
Laurie Alexander-Krom
Murtha Cullina, LLP
99 High Street
Boston, MA 02110
(617) 457-4000
(617) 482-3868

Lori Caron Silveira, #3002
Tillinghast Licht, LLP
10 Weybosset St.
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 5/17/06

Dated: May 8, 2006